

FILED
AUG -2 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNDER SEAL

1 | THOMAS & SOLOMON LLP
2 | J. Nelson Thomas (to be admitted *pro hac vice*)
  | Jonathan W. Ferris (to be admitted *pro hac vice*)
3 | Annette M. Gifford, *of counsel*, State Bar No. 270777
  | 693 East Avenue
4 | Rochester, New York 14607
  | Telephone: (585) 272-0540

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO/OAKLAND DIVISION

CV17 4384

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* Malou Tutanes-Luster, <br><br> Plaintiff, <br><br> v. <br><br> BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO, <br><br> Defendants. | RELATOR'S ADMINISTRATIVE MOTION TO FILE COMPLAINT UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b) <br><br> TO BE FILED UNDER SEAL PURSUANT TO <br><br> 31 U.S.C. §§ 3729 *et seq.* <br><br> Civil Action No. |

NOTICE OF MOTION AND MOTION TO FILE COMPLAINT UNDER SEAL

PLEASE TAKE NOTICE that pursuant to Northern District of California Civil Local Rules 7-11 and 79-5, Relator hereby moves the Court for an Order allowing her to file under seal the following documents: Relator's Complaint under the False Claims Act, Motion to Seal Pursuant to 31 U.S.C. § 3730(b), and Declaration of Annette M. Gifford in support of Relator's Motion to File Complaint Under Seal. Relator respectfully submits that good cause exists for the filing of these documents under seal.

Relator Malou Tutanes-Luster, by her counsel, on her own behalf and on behalf of the United States of America, moves this Court to accept for filing *in camera* this complaint for money damages and civil penalties under the Federal False Claims Act, Title 31, United States Code, section 3729 *et seq.*, submitted contemporaneously with this motion, and to maintain the complaint under seal until

further order of the Court.

## ARGUMENT

The complaint is being filed under the provisions of the Federal False Claims Act, Title 31, United States Code, section 3729 *et seq.* When a Relator brings an action based on the False Claims Act, the Relator and her attorney are committed to secrecy allowing only communication between the Relator and the Government. Section 3730(b) requires that the complaint be filed *in camera* and maintained under seal for a period of sixty days after the United States has been served both Relator's complaint and material evidence. This time is necessary to allow the Government time to evaluate the merits of the claims and to determine whether to intervene in the action and investigate Relator's allegations. 31 U.S.C. § 3730(b)(2). Failure to comply with the seal provisions may result in dismissal of the case. *See e.g., United States ex. rel. Pilon v. Martin Marietta Corp.*, 60 F.3d 995 (2d Cir. 1995). As the sealed complaint is not served on the defendant until ordered by the court to do so, this allows the Government to conduct an investigation into the allegations without alerting the alleged wrongdoers.

Northern District of California Civil Local Rule 79-5(b) provides that counsel seeking to file documents under seal may file a motion under Local Rule 7-11 and may file with the Court documents for which the seal is requested. Civil Local Rule 79-5(a) provides that the Court may order documents sealed if they are "privileged or protectable as a trade secret or **otherwise entitled to protection** under the law . . ." Relator has filed her Complaint which is the subject of this motion in the manner provided for under Local Rule 79-5(b).

Upon completion of service on the United States as prescribed by Federal Rule of Civil Procedure 4(i), Relator shall file under seal an affidavit of service with the Clerk of the Court indicating that service upon the United States has been completed. The affidavit of service will allow the Court and United States to determine when the sixty day seal expires.

WHEREFORE, the Relator requests that this motion be granted and that the complaint be accepted for filing *in camera* and under seal for a period of 60 days after the Government receives both Relator's complaint and material evidence.

Dated: July 31, 2017

THOMAS & SOLOMON LLP

By: ___*Annette Gifford*___
Annette M. Gifford, Esq.
J. Nelson Thomas, Esq. (to be admitted *pro hac vice*)
Jonathan W. Ferris (to be admitted *pro hac vice*)
*Attorneys for Relator*
693 East Ave
Rochester, New York 14607
Telephone: (585) 272-0540
