CHAD A. READLER
Acting Assistant Attorney General

BRIAN J. STRETCH (CABN 163973)
United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DOUGLAS K. CHANG (HSBN 2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6985
  Facsimile: (415) 436-7169
  Email: Douglas.Chang@usdoj.gov

MICHAEL D. GRANSTON
SARA MCLEAN
ALAN S. GALE
Attorneys, Civil Division
  601 D. Street, NW, Rm. 9006
  Washington, DC 20004
  Telephone: (202) 307-6296
  Facsimile: (202) 616-3085
  Email: Alan.Gale@usdoj.gov

Attorneys for the United States

FILED
DEC 29 2017
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MALOU TUTANES-LUSTER,<br><br>Plaintiff(s),<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO,<br><br>Defendant(s). | Case No. 17-cv-4384 EDL<br><br>**UNITED STATES' STATUS REPORT**<br><br>**FILED UNDER SEAL** |

Pursuant to the Court's order dated October 25, 2017 (ECF Dkt. No. 7), the United States provides the following status report:

1. This Status Report is being filed *ex parte* pursuant to Civil L.R. 7-10 and the FCA, 31 U.S.C. §§ 3729-3733, and is not being served on Defendants because the matter currently remains under seal pursuant to the FCA. The Status Report is being served on the Relator.

2. The Relator filed this case on or about August 2, 2017, under the *qui tam* provisions of the FCA. Because the Relator had not yet served her complaint and written disclosure of material evidence and information on either the United States Attorney or the Attorney General in Washington, DC, at the request of the United States, on October 25, 2017, the Court vacated the dates in its Order Settling Initial Case Management Conference and ADR Deadlines. The Court also ordered the United States to "provide a status report to the Court at the conclusion of the 60-day intervention period."

3. Subsequent to the Court's October 25, 2017 Order, the Relator completed service of her complaint and written disclosure on the United States on November 3, 2017. As a result, the 60-day intervention period began to run on November 3, 2017, and will expire on January 2, 2018.

4. Because the United States needs additional time to investigate this case in order to make an informed decision on intervention, the United States and the Relator have agreed to seek a six-month extension of the seal period and intervention deadline. As a result, the United States will be filing separately a stipulation and request for enlargement of time to elect or decline intervention currently with the filing of this Status Report.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

BRIAN J. STRETCH
United States Attorney

Dated: December 29, 2017       By: _____
                                    DOUGLAS K. CHANG
                                    Assistant United States Attorney


Dated: December 29, 2017       By:     /s/ Alan S. Gale*
                                    MICHAEL D. GRANSTON
                                    SARA McLEAN
                                    ALAN S. GALE
                                    Civil Division, U.S. Department of Justice

                                    Attorneys for the United States of America


* I hereby attest that I have obtained the concurrence in the filing of this document from Alan S. Gale.

_____
DOUGLAS K. CHANG

United States' Status Report
Case No. 17-cv.4384 EDL

3

# CERTIFICATE OF SERVICE

I, Kathy Terry, declare:

That I am a citizen of the United States and employed in the City and County of San Francisco, California; that my business address is United States Attorney's Office, 450 Golden Gate Avenue, 9th Floor, San Francisco, California 94102; that I am over the age of eighteen years; and that I am not a party to the above-entitled action;

That on December 29, 2017, I deposited in the United States mails, in an envelope bearing the requisite postage, a copy of:

**United States' Status Report**

addressed to:

J. Nelson Thomas
Jonathan W. Ferris
Michael J. Lingle
Annette M. Gifford
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607

at their last known address at which place there is service by United States mail.

This Certificate is executed on December 29, 2017, at San Francisco, California.

I certify under penalty of perjury that the foregoing is true and correct.

KATHY TERRY
Legal Assistant

United States' Status Report
Case No. 17-cv.4384 EDL