CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
DOUGLAS K. CHANG (HSBN 2922)
Assistant United States Attorney
  450 Golden Gate Avenue, Box 36055
  San Francisco, California 94102
  Telephone: (415) 436-6985
  Facsimile: (415) 436-7169
  Email: Douglas.Chang@usdoj.gov

MICHAEL D. GRANSTON
SARA MCLEAN
ALAN S. GALE
Attorneys, Civil Division
  601 D. Street, NW, Rm. 9006
  Washington, DC 20004
  Telephone: (202) 307-6296
  Facsimile: (202) 616-3085
  Email: Alan.Gale@usdoj.gov

Attorneys for the United States

FILED

JUL 02 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES ex rel. MALOU TUTANES-LUSTER,<br><br>Plaintiff(s),<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO,<br><br>Defendant(s). | Case No. 17-cv-4384 EDL<br><br>**STIPULATION AND REQUEST FOR ENLARGEMENT OF TIME TO ELECT OR DECLINE INTERVETION; [PROPOSED] ORDER**<br><br>**FILED UNDER SEAL** |

Stipulation and Request for Enlargement
of Time to Elect or Decline Intervention
Case No. 17-cv-4384 EDL

The United States of America and Malou Tutanes-Luster, Relator, hereby stipulate and request that the Court extend through July 16, 2018, the period during which the United States may elect to intervene in the above-captioned False Claims Act (FCA) *qui tam* action or to notify the Court that it declines to do so, and during which the complaint and other filings shall remain under seal. This is the second request for an extension of the intervention and seal deadline.

1. This stipulation and request is being filed *ex parte* pursuant to Civil L.R. 7-10 and the FCA, 31 U.S.C. §§ 3729-3733, and is not being served on Defendants because the matter currently remains under seal pursuant to the FCA.

2. The Relator filed this case on or about August 2, 2017, under the *qui tam* provisions of the FCA. Among other things, these provisions authorize private parties (known as relators) to file lawsuits alleging FCA violations on behalf of the United States. 31 U.S.C. § 3730(b). In this case, the Relator alleges that Defendants violated the FCA by, *inter alia*, engaging in a scheme to defraud the United States Department of Housing and Urban Development ("HUD") and the United States Department of Veterans Affairs ("VA").

3. Under 31 U.S.C. § 3730(b)(2), a *qui tam* complaint shall remain under seal for 60 days and shall not be served on the defendant until the court so orders. Before a *qui tam* complaint is unsealed and served upon the defendant, the United States is required to elect whether it will intervene in and assume prosecution of the action or, instead, decline intervention and permit the relator to carry on with the action on behalf of the government. 31 U.S.C. § 3730(b)(4). The *qui tam* provisions of the FCA expressly contemplate that requests for extensions of the 60-day period will be granted upon a showing of good cause. 31 U.S.C. § 3730(b)(2) & (3).

4. In the present case, the Court has granted one extension of the seal period, until July 2, 2018. The United States, however, needs an additional two weeks to make its intervention decision.

5. Accordingly, the United States and Relator seek a two week extension of the seal

2

Stipulation and Request for Enlargement
of Time to Elect or Decline Intervention
Case No. 17-cv-4384 EDL

1 | period and intervention deadline to July 16, 2018.

2 |     IT IS SO STIPULATED.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

Dated: 7-2-18   By: /s/ Douglas K. Chang
DOUGLAS K. CHANG
Assistant United States Attorney
Attorneys for the United States of America


THOMAS & SOLOMON LLP

Dated: _____   By: _____
J. NELSON THOMAS
JONATHAN W. FERRIS
ANNETTE M. GIFFORD, *of counsel*
Attorneys for Relator

3

Stipulation and Request for Enlargement
of Time to Elect or Decline Intervention
Case No. 17-cv-4384 EDL

period and intervention deadline to July 16, 2018.

IT IS SO STIPULATED.

Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

ALEX G. TSE
Acting United States Attorney

Dated: _____ By: _____
DOUGLAS K. CHANG
Assistant United States Attorney
Attorneys for the United States of America

THOMAS & SOLOMON LLP

Dated: 6/27/18 By: _____
J. NELSON THOMAS
JONATHAN W. FERRIS
ANNETTE M. GIFFORD, *of counsel*
Attorneys for Relator

3

Stipulation and Request for Enlargement
of Time to Elect or Decline Intervention
Case No. 17-cv.4384 EDL

## [PROPOSED] ORDER

For good cause shown, IT IS HEREBY ORDERED that:

1. The United States shall have up to and including July 16, 2018, to inform the Court of its decision on whether to intervene in this action; and

2. All pleadings and other documents filed in this case shall remain under seal until further order of the Court.

IT IS SO ORDERED.

Dated: July 23, 2018

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge

Stipulation and Request for Enlargement
of Time to Elect or Decline Intervention
Case No. 17-cv-4384 EDL

4