UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br>   Plaintiffs, <br><br>   v. <br><br> BROKER SOLUTIONS, INC, et al., <br><br>   Defendants. | Case No.  17-cv-04384-EDL <br><br> NOTICE OF IMPENDING REASSIGNMENT TO A UNITED STATES DISTRICT COURT JUDGE |

The Clerk of this Court will now randomly reassign this case to a United States District Judge because either:

(1) One or more of the parties has requested reassignment to a United States District Judge or has not consented to the jurisdiction of a United States Magistrate Judge, or

(2) Time is of the essence in deciding a pending judicial action for which the necessary consents to Magistrate Judge jurisdiction have not been secured.

You will be informed by separate notice of the District Judge to whom this case is reassigned.  All hearing dates presently scheduled before the current Magistrate Judge are vacated and should be re-noticed for hearing before the judge to whom this case is reassigned.

Dated: December 17, 2018

Susan Y. Soong
Clerk, United States District Court

_____
Mauriona Lee, Deputy Clerk to the
Honorable Elizabeth D. Laporte