**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com
        jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: kmcgee@gelaw.com
        lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas
Jonathan W. Ferris
Michael J. Lingle
Annette M. Gifford (CA Bar 270777)
693 East Avenue
Rochester, New York 14607
Tel.: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>            Plaintiff,<br><br>    v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO,<br><br>            Defendants. | C.A. No. 3:17-cv-04384 (JST)<br><br>**RULE 41 NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**<br><br>**Judge: Hon. Jon S. Tigar** |

Relator Malou Tutanes-Luster, by and through her undersigned counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby gives notice of the voluntary dismissal, without prejudice, of all claims and causes of action against Defendant Patty Arvielo ("Arvielo"). This notice is being filed with the Court prior to service by Arvielo of an answer or motion for summary judgment.

|   |   |   |
|---|---|---|
| 1 | Dated: January 2, 2019 | **Grant & Eisenhofer P.A.** |
| 2 | | By:/s/ *Kyle J. McGee* |
| 3 | | Kyle J. McGee (*Pro Hac Vice*) |
| 4 | | *Attorney for Relator* |

## CERTIFICATE OF SERVICE

I certify that, on this 2nd day of January, 2019, I caused one copy of the foregoing Relator's Rule 41 Notice of Voluntary Dismissal Without Prejudice to be served on all parties and counsel of record via the Court's CM/ECF system.

>   /s/ Kyle McGee
>   Kyle McGee (*Pro Hac Vice*)
>   *Attorney for Relator*