**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, California Bar No. 116479
Timothy P. Ofak (*To Be Admitted Pro Hac Vice*)
Lindsay L. Buchanan (*To Be Admitted Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com
       ofak@thewbkfirm.com
       buchanan@thewbkfirm.com

G. Bradley Hargrave  (SBN 173911)
Joshua A. Rosenthal   (SBN 190284)
**MEDLIN & HARGRAVE**
A Professional Corporation
3562 Roundbarn Circle, Suite 212
Santa Rosa, CA  95403
Telephone:     (707) 570-2200
Facsimile:     (707) 570-2201
E-mail: jrosenthal@mhlawcorp.com

*Attorneys for Defendants Broker Solutions, Inc. d/b/a New American Funding*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>                  Plaintiff,<br><br>vs.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>        Defendants. | Civil Action No. 3:17-cv-04384 (EDL)<br><br>**DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF MOTION TO TRANSFER VENUE**<br><br>**Date:** February 14, 2019<br>**Time**: 2:00 P.M. (PST)<br>**Courtroom**: 9<br>**District Judge**: Jon S. Tigar |

-1-

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF MOTION TO TRANSFER VENUE
3:17-cv-04384 (EDL)
M:\New American Funding (Broker Solutions) 494-0907-01\Litigation\US v Broker Solutions\motions\Motion to transfer venue\decl of jar.doc

I, JOSHUA A. ROSENTHAL, declare:

1. I am an attorney for moving party, Broker Solutions, Inc. d/b/a New American Funding, Inc. ("NAF") and I have personal knowledge of each fact stated in this declaration except for those facts declared to on information and belief, which I believe to be true. I respectfully submit this declaration in support of NAF's Motion to Transfer Venue pursuant to 28 U.S.C. 1404(a).

2. Exhibit A to this motion is a true and correct copy of a printout from LinkedIn.com of the public profile of Malou Tutanes-Luster, printed on December 28, 2018.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: January 3, 2019

                                            /s/Joshua A. Rosenthal
                                            Joshua A. Rosenthal

DECLARATION OF JOSHUA A. ROSENTHAL IN SUPPORT OF MOTION TO TRANSFER VENUE
3:17-cv-04384 (EDL)
M:\New American Funding (Broker Solutions) 494-0907-01\Litigation\US v Broker Solutions\motions\Motion to transfer venue\decl of jar.doc