**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
Emails:  bcutter@cutterlaw.com
         jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Emails:  kmcgee@gelaw.com
         lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas
Jonathan W. Ferris
Michael J. Lingle
Annette M. Gifford (CA Bar 270777)
693 East Avenue
Rochester, New York 14607
Tel.:  (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 3:17-cv-04384 (JST)<br><br>**DECLARATION OF KYLE J. MCGEE IN SUPPORT OF RELATOR'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

I, Kyle J. McGee, declare as follows:

1.     I am counsel of record for the Plaintiff in this action and make this declaration to the best of my knowledge, information and belief.  I am admitted *pro hac vice* in this case.

2.     Exhibit 1, attached hereto, is a true and correct copy of a Department of Justice press release, dated March 12, 2012.

3.      Exhibit 2, attached hereto, is a true and correct copy of a Consent Judgment filed in *U.S.A., et al. v. Bank of America Corp., et al.*, No. 12-cv-0361-RMC (D.D.C. April 4, 2012).

4.      Exhibit 3, attached hereto, is a true and correct copy of a S.D.N.Y. Attorney's Office press release, dated April 8, 2016.

5.      Exhibit 4, attached hereto, is a true and correct copy of a Stipulation and Order of Settlement and Dismissal with Prejudice filed in *U.S.A. v. Wells Fargo Bank, N.A., et al.*, No. 12 Civ. 7527 (JMF)(JCF) (S.D.N.Y. Apr. 8, 2016).

6.      Exhibit 5, attached hereto, is a true and correct copy of a Department of Justice press release, dated June 17, 2014.

7.      Exhibit 6, attached hereto, is a true and correct copy of a Consent Judgment filed in *U.S.A., et al. v. Suntrust Mortgage, Inc.*, No. 14-cv-1028-RMC (D.D.C. Sept. 30, 2014).

8.      Exhibit 7, attached hereto, is a true and correct copy of a S.D.N.Y. Attorney's Office press release, dated  Feb. 4, 2014.

9.      Exhibit 8, attached hereto, is a true and correct copy of a Stipulation and Order of Settlement and Dismissal filed in *U.S.A. ex rel. Keith Edwards v. JPMorgan Chase Bank, N.A., et al.*, No. 13 Civ. 0220-JPO (S.D.N.Y. Feb. 5, 2014).

10.      Exhibit 9, attached hereto, is a true and correct copy of a S.D.N.Y. Attorney's Office press release, dated Sept. 19, 2017.

11.      Exhibit 10, attached hereto, is a true and correct copy of a Final Judgment filed in *U.S.A. v. Allquest Home Mortgage Corp., et al.*, No. 12 Civ. 2676 (GCH) (S.D. Tex. Sept. 29, 2017).

12.      Exhibit 11, attached hereto, is a true and correct copy of a S.D.N.Y. Attorney's Office press release, dated Feb. 24, 2012.

13.    Exhibit 12, attached hereto, is a true and correct copy of a Stipulation and Order of Settlement and Dismissal filed in *U.S.A. v. Flagstar Bank, F.S.B.*, No. 12 Civ. 1392-KBF (S.D.N.Y. Feb. 24, 2012).

14.    Exhibit 13, attached hereto, is a true and correct copy of a Department of Justice press release, dated May 13, 2016.

15.    Exhibit 14, attached hereto, is a true and correct copy of an executed Settlement Agreement between the U.S. Department of Justice, Housing and Urban Development, M&T Bank, and Relator Keisha Kelschenbach, dated May 9, 2016.

16.    Exhibit 15, attached hereto, is a true and correct copy of a Department of Justice press release, dated December 12, 2018.

17.    Exhibit 16, attached hereto, is a true and correct copy of a Settlement Agreement filed in *United States ex rel. Debra McGeehan v. Gateway Funding Diversified Mortgage Services LP, n/k/a Finance of America Mortgage LLC*, Case No. 16-0750 (LEK/CFH) (N.D.N.Y. Dec. 11, 2018.)

18.    Exhibit 17, attached hereto, is a true and correct copy of a Department of Justice press release, dated Oct. 19, 2018.

19.    Exhibit 18, attached hereto, is a true and correct copy of a Memorandum Opinion entered in *U.S.A. v. TXL Mortgage Corp.*, No. 15-cv-1658 (JEB) (D.D.C. Sept. 20, 2016).

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct and that this declaration was signed in Wilmington, Delaware, on January 17, 2019.

 */s/ Kyle J. McGee*
Kyle J. McGee, *Pro Hac Vice*
Attorney for Relator

Declaration of Kyle J. McGee in Support of Relator's Opposition to Defendant's Motion to Dismiss
Case No. 3:17-cv-04384 (JST)