

**Grant & Eisenhofer P.A.**

485 Lexington Avenue
New York, NY 10017
Tel: 646-722-8500
Fax: 646-722-8501

123 Justison Street   Wilmington, DE 19801   Tel: 302-622-7000   Fax: 302-622-7100

30 N. LaSalle Street, Suite 2350
Chicago, IL 60602
Tel: 312-214-0000
Fax: 312-214-0001

WRITER'S DIRECT DIAL NUMBER
(302) 622-7016
lherbert@gelaw.com

February 7, 2019

**BY E-FILE AND OVERNIGHT MAIL**
The Honorable Jon S. Tigar
United States District Court
Phillip Burton Federal Building
450 Golden Gate Avenue
16th Floor
San Francisco, CA  94102-3426

Re:   *United States of America ex rel. Tutanes-Luster v. Broker Solutions, Inc.*,
       Case No. 17-cv-04384-JST

Dear Judge Tigar:

On behalf of Relator Malou Tutanes-Luster ("Relator"), I write in response to the Court's February 5, 2019 Order Vacating Hearing (ECF No. 52) to confirm that Relator does not request rescheduling of the hearing.  In addition, Relator wishes to clarify a minor point, which counsel would have addressed at the hearing: Relator lived in this District as of the date on which this action was commenced.  This fact is at least implicit in Relator's complaint, which alleges that Relator worked at defendant's San Jose facility just prior to filing this lawsuit.  It is also consistent with Exhibit A to defendant's Motion to Transfer Venue (ECF No. 40-1).  Relator respectfully submits a sworn declaration to that effect.

Respectfully,

*/s/ Laina M. Herbert*

Laina M. Herbert

cc:   All counsel (via CM/ECF)