| | |
|---|---|
| Kyle J. McGee (*pro hac vice* to be filed)<br>Laina Herbert (*pro hac vice* to be filed)<br>GRANT & EISENHOFER P.A.<br>123 Justison Street<br>Wilmington, Delaware 19801<br>Tel: 302-622-7000<br><br>C. Brooks Cutter (121407)<br>John R. Parker, Jr. (257761)<br>CUTTER LAW PC<br>401 Watt Avenue<br>Sacramento, California 95864<br>Tel: 916-290-9400<br><br>*Attorneys for Plaintiff* | J. Nelson Thomas (*pro hac vice* to be filed)<br>Jonathan W. Ferris (*pro hac vice* to be filed)<br>Michael J. Lingle (*pro hac vice* to be filed)<br>Annette M. Gifford (270777)<br>THOMAS & SOLOMON LLP<br>693 East Avenue<br>Rochester, New York 14607<br>Tel: 585-272-0540 |
| Mitchel H. Kider (116479)<br>Timothy P. Ofak (*pro hac vice* to be filed)<br>Lindsay L. Buchanan (*pro hac vice* pending)<br>WEINER BRODSKY KIDER PC<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Tel: 202-628-2000<br><br>Joel A. Schiffman (90138)<br>*schiffman@thewbkfirm.com*<br>WEINER BRODSKY KIDER PC<br>300 Spectrum Center Drive, Suite 400<br>Irvine, CA 92618<br>Telephone: 949.754.3010<br>Facsimile:   202.628.2011<br><br>*Attorneys for Defendant* | Joshua A. Rosenthal (190284)<br>MEDLIN & HARGRAVE, PC<br>3562 Round Barn Circle, Suite 212<br>Santa Rosa, California 95403<br>Tel: 707-570-2200 |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>    Defendant. | Case No. 2:19-cv-01630-PSG-JPR<br><br>Hon. Philip S. Gutierrez<br><br>**STIPULATION REGARDING MOTIONS FOR ADMISSION *PRO HAC VICE*** |

STIPULATION REGARDING MOTIONS FOR ADMISSION *PRO HAC VICE*
1

WHEREAS, Plaintiff Malou Tutanes-Luster ("Plaintiff") initiated this action on August 2, 2017, in the United States District Court for the Northern District of California;

WHEREAS, on March 4, 2019, this action was transferred to the Central District of California by Order of the Hon. Jon S. Tigar (ECF No. 54);

WHEREAS, on March 7, 2019, this Court entered a series of Notices of Pro Hac Vice Application Due concerning counsel for Plaintiff and counsel for Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant"), requiring counsel to submit applications to appear *pro hac vice* by March 14, 2019;

WHEREAS, all counsel concerning whom Notices of *Pro Hac Vice* Application Due were filed on March 7, 2019, have sought Certificates of Good Standing that are necessary to apply to appear *pro hac vice* in this action;

WHEREAS, despite their best efforts, the following counsel have been unable to secure Certificates of Good Standing issued within the past thirty days from their respective states of issuance by March 14, 2019: (a) Nelson J. Thomas; (b) Jonathan W. Ferris; (c) Kyle J. McGee; (d) Michael J. Lingle; and (e) Timothy P. Ofak;

WHEREAS, the foregoing counsel will apply for admission *pro hac vice*, including filing Certificates of Good Standing issued within the past thirty days, promptly upon receiving such Certificates;

ACCORDINGLY, IT IS HEREBY STIPULATED AND AGREED by the parties, subject to the approval of the Court, that attorneys Nelson J. Thomas, Jonathan W. Ferris, Kyle J. McGee, Michael J. Lingle, and Timothy P. Ofak shall apply for admission *pro hac vice* promptly upon receipt of their Certificates of Good Standing, and no later than April 15, 2019 absent further approval of the Court.

Dated: March 14, 2019

| CUTTER LAW PC | WEINER BRODSKY KIDER PC |
|---|---|
| */s/ C. Brooks Cutter* | */s/ Mitchel H. Kider* |
| C. Brooks Cutter, SBN 121407 | Mitchel H. Kider (116479) |

STIPULATION REGARDING MOTIONS FOR ADMISSION *PRO HAC VICE*

2

| | |
|---|---|
| 1<br>2<br>3 | John R. Parker, Jr., SBN 257761<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Telephone: (916) 290-9400<br>Emails: bcutter@cutterlaw.com<br>         jparker@cutterlaw.com |

1 John R. Parker, Jr., SBN 257761
2 401 Watt Avenue
3 Sacramento, CA 95864
Telephone: (916) 290-9400
4 Emails: bcutter@cutterlaw.com
    jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *pro hac vice* to be filed
Laina M. Herbert, *pro hac vice* to be filed
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: kmcgee@gelaw.com
    lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *pro hac vice* to be filed
Jonathan W. Ferris, *pro hac vice* to be filed
Michael J. Lingle, *pro hac vice* to be filed
Annette M. Gifford (270777)
693 East Avenue
Rochester, New York 14607
Tel.: (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

*Attorneys for Plaintiff*

Timothy P. Ofak, *pro hac vice* to be filed
Lindsay L. Buchanan, *pro hac vice* pending
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: 202-628-2000
Emails: kider@thewbkfirm.com
    ofak@thewbkfirm.com
    buchanan@thewbkfirm.com

Joel A. Schiffman (90138)
*schiffman@thewbkfirm.com*
WEINER BRODSKY KIDER PC
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Telephone: 949.754.3010
Facsimile: 202.628.2011

**MEDLIN & HARGRAVE, PC**
Joshua A. Rosenthal (190284)
3562 Round Barn Circle, Suite 212
Santa Rosa, California 95403
Tel: 707-570-2200
Email: jrosenthal@mhlawcorp.com

*Attorneys for Defendant*

STIPULATION REGARDING MOTIONS FOR ADMISSION *PRO HAC VICE*
3