Laina M. Herbert, Esquire
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-01630-PSG-JPR |
| v. | |
| BROKER SOLUTIONS INC., et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Herbert, Laina, M.
*Applicant's Name (Last Name, First Name & Middle Initial*

302-622-7000        302-622-7100
*Telephone Number        Fax Number*

lherbert@gelaw.com
*E-Mail Address*

of

Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Malou Tutanes-Luster

*Name(s) of Party(ies) Represent*        ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐*Other:*

and designating as Local Counsel

Parker, Jr., John R.
*Designee's Name (Last Name, First Name & Middle Initial*

SBN 257761        916-290-9400        916-669-4499
*Designee's Cal. Bar No.        Telephone Number        Fax Number*

jparker@cutterlaw.com
*E-Mail Address*

of

Cutter Law PC
401 Wilshire Boulevard, 12th Floor
Santa Monica, CA 90401

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐GRANTED

☐DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: ☐ be refunded ☐ not be refunded.

**Dated:** Click here to enter a date.

U.S. District Judge/U.S. Magistrate Judge