Kyle J. McGee, Esquire
Grant & Eisenhofer P.A.
123 Justison Street
Wilmington, DE 19801

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:19-cv-01630-PSG-JPR |
| v. | |
| BROKER SOLUTIONS INC., et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

McGee, Kyle J.
*Applicant's Name (Last Name, First Name & Middle Initial)*

302-622-7000          302-622-7100
*Telephone Number*    *Fax Number*

kmcgee@gelaw.com
*E-Mail Address*

of  Grant & Eisenhofer P.A.
    123 Justison Street
    Wilmington, DE 19801

    *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Malou Tutanes-Luster
*Name(s) of Party(ies) Represent*     ✓ Plaintiff(s)  ☐ Defendant(s)  ☐ Other: _____

and designating as Local Counsel

Parker, Jr., John R.
*Designee's Name (Last Name, First Name & Middle Initial)*
SBN 257761          916-290-9400          916-669-4499
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

jparker@cutterlaw.com
*E-Mail Address*

of  Cutter Law PC
    401 Wilshire Boulevard, 12th Floor
    Santa Monica, CA 90401

    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid: ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.            _____
                                              **U.S. District Judge/U.S. Magistrate Judge**