Kyle J. McGee (*pro hac vice* pending)
Laina Herbert (*pro hac vice* pending)
GRANT & EISENHOFER P.A.
123 Justison Street
Wilmington, Delaware 19801
Tel: 302-622-7000

C. Brooks Cutter (121407)
John R. Parker, Jr. (257761)
CUTTER LAW PC
401 Watt Avenue
Sacramento, California 95864
Tel: 916-290-9400

J. Nelson Thomas (*pro hac vice* to be filed)
Jonathan W. Ferris (*pro hac vice* to be filed)
Michael J. Lingle (*pro hac vice* to be filed)
Annette M. Gifford (270777)
THOMAS & SOLOMON LLP
693 East Avenue
Rochester, New York 14607
Tel: 585-272-0540

*Attorneys for Plaintiff*

Mitchel H. Kider (116479)
Timothy P. Ofak (*pro hac vice* to be filed)
Lindsay L. Buchanan (*pro hac vice* pending)
WEINER BRODSKY KIDER PC
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Tel: 202-628-2000

Joshua A. Rosenthal (190284)
MEDLIN & HARGRAVE, PC
3562 Round Barn Circle, Suite 212
Santa Rosa, California 95403
Tel: 707-570-2200

Joel A. Schiffman (90138)
*schiffman@thewbkfirm.com*
WEINER BRODSKY KIDER PC
300 Spectrum Center Drive, Suite 400
Irvine, CA 92618
Telephone: 949.754.3010
Facsimile: 202.628.2011

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 2:19-cv-01630-PSG-JPR<br><br>Hon. Philip S. Gutierrez<br><br>**JOINT RESPONSE TO ORDER TO SHOW CAUSE** |

JOINT RESPONSE TO ORDER TO SHOW CAUSE

1

Defendant Broker Solutions, Inc. d/b/a New American Funding ("NAF") and Relator Malou Tutanes-Luster, by and through their attorneys, provide this Response to the Court's Order to Show Cause Re: Lack of Prosecution, dated March 13, 2019 (ECF No. 66) ("Court's Order").  As NAF's Motion to Dismiss Relator's Complaint is currently pending, and a joint proposed stipulation granting Relator leave to file an amended complaint was recently filed, the parties respectfully request that the Court vacate its Order to Show Cause as moot.

## I.   PROCEDURAL BACKGROUND

Relator filed the instant *qui tam* Complaint under seal in the Northern District of California on August 2, 2017.  (ECF No. 1). The United States declined to intervene in this action on July 13, 2018.  (*See* ECF No. 13).  The Complaint was subsequently unsealed on August 6, 2018.  (ECF No. 17).  On November 5, 2018, NAF timely returned a waiver of service, thereby extending NAF's time to respond to the Complaint by 60 days from the date the waiver was sent.  (ECF No. 23).  On December 21, 2018, the Hon. Jon S. Tigar granted an extension of time until January 3, 2019 for NAF to respond to the Complaint.  (ECF No. 34).

On January 3, 2019, NAF timely filed a Motion to Dismiss the *qui tam* Complaint contemporaneously with its Motion to Transfer Venue to the Central District of California.  (ECF No. 40 & 41).  On January 8, 2019, NAF submitted its Certification of Interested Entities or Persons.  (ECF No. 43).  On March 4, 2019, NAF's Motion to Transfer Venue was granted, and this action was transferred to the

Central District of California by Order of the Hon. Jon S. Tigar.  (ECF No. 54).  On March 13, 2019, the Court issued an Order to Show Cause, requiring NAF to file a response to the Complaint along with Notice of Interested Parties pursuant to Local Rule 7.1-1 or Plaintiff to file a request for entry of default by March 27, 2019.  (ECF No. 66).

## II.   DISCUSSION

The import of the Court's Order suggests that Defendant has not yet responded to Plaintiffs' Complaint, filed on August 2, 2017.  However, NAF has timely filed a Motion to Dismiss the Complaint pursuant to Fed. R. Civ. P. 12(b)(6).  (ECF No. 41).  The motion has been fully briefed by the parties (*see* ECF No. 49 & 51) and is currently pending before the Court.  NAF has also submitted its Certification of Interested Entities or Persons.  (ECF No. 43).

In addition, on March 15, 2019, the parties filed a Joint Stipulation and Proposed Order agreeing that, among other things and subject to the approval of the Court: (1) Plaintiff shall file an amended complaint on or before April 15, 2019; and (2) Defendant shall file a response to the amended complaint within thirty days of the filing of the amended complaint.  (*See* ECF No. 72).  If the Stipulation is approved, Plaintiff's filing of a First Amended Complaint will moot the pending Motion to Dismiss.

For the foregoing reasons, the parties respectfully request that this Court vacate its Order to Show Cause as moot.

Dated: March 15, 2019

| | |
|---|---|
| **CUTTER LAW PC** | **WEINER BRODSKY KIDER PC** |
| */s/ C. Brooks Cutter* <br> C. Brooks Cutter, SBN 121407 <br> John R. Parker, Jr., SBN 257761 <br> 401 Watt Avenue <br> Sacramento, CA 95864 <br> Telephone: (916) 290-9400 <br> Emails: bcutter@cutterlaw.com <br> jparker@cutterlaw.com | */s/ Mitchel H. Kider* <br> Mitchel H. Kider (116479) <br> Joel A. Schiffman (90138) <br> Timothy P. Ofak, *pro hac vice* to be filed <br> Lindsay L. Buchanan, *pro hac vice* pending <br> 1300 19th Street, NW Fifth Floor <br> Washington, DC  20036 <br> Tel: 202-628-2000 <br> Emails: kider@thewbkfirm.com <br> schiffman@thewbkfirm.com <br> ofak@thewbkfirm.com <br> buchanan@thewbkfirm.com |
| **GRANT & EISENHOFER P.A.** <br> Kyle J. McGee, *pro hac vice* pending <br> Laina M. Herbert, *pro hac vice* pending <br> 123 Justison Street <br> Wilmington, DE  19801 <br> Telephone: (302) 622-7000 <br> Emails: kmcgee@gelaw.com <br> lherbert@gelaw.com | **MEDLIN & HARGRAVE, PC** <br> Joshua A. Rosenthal (190284) <br> 3562 Round Barn Circle, Suite 212 <br> Santa Rosa, California  95403 <br> Tel: 707-570-2200 <br> Email: jrosenthal@mhlawcorp.com <br><br> *Attorneys for Defendant* |
| **THOMAS & SOLOMON LLP** <br> J. Nelson Thomas, *pro hac vice* to be filed <br> Jonathan W. Ferris, *pro hac vice* to be filed <br> Michael J. Lingle, *pro hac vice* to be filed <br> Annette M. Gifford (270777) <br> 693 East Avenue <br> Rochester, New York 14607 <br> Tel.: (585) 272-0540 <br> Emails: <br> nthomas@theemploymentattorneys.com <br> jferris@theemploymentattorneys.com <br> mlingle@theemploymentattorneys.com <br> amgifford@gmail.com <br><br> *Attorneys for Plaintiff* | |

JOINT RESPONSE TO ORDER TO SHOW CAUSE

4

## ATTESTATION OF CONCURRENCE

Pursuant to L.R. 5-4.3.4, the filer attests that all other signatories listed and on whose behalf this filing is submitted concur in the filing's content and have authorized the filing.

Dated: March 15, 2019
                                          */s/ Mitchel H. Kider*
                                          Mitchel H. Kider (116479)
                                          *Attorney for Defendant*