# EXHIBIT 1

**Single Lender - Direct Endorsement Lender**
**BROKER SOLUTIONS INC - 21221**
**Loans Underwritten in the United States**
**Loan Portfolio - 2 Year FHA**
**Delinquent Choice - Seriously Delinquent**
**Performance Period - All Quarter End Dates**
**Sort Order by Quarter End Dates in Descending Order**

*Data shown includes all quarter end dates of insured single family loans for the two year period by beginning amortization date.*

| Rank | United States | Quarter End Dates | Compare Ratio / Total Retail Sponsored | Supplemental Performance Metric | Mix-Adjusted SDQ Rate | Loans Underwritten Total Retail Sponsored | Seriously Delinquent & Claims Total Retail Sponsored | % Seriously Delinquent & Claims Total Retail Sponsored | Branches Retail Sponsored | % Loans Retail Sponsored | Area Loans Underwritten Total Retail Sponsored | Area Seriously Delinquent & Claims Total Retail Sponsored | Area % Seriously Delinquent & Claims Total Retail Sponsored | FHA Portfolio Actual Supplemental Performance Metric | FHA Portfolio Benchmark SDQ Rate |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | United States | 12/31/2018 | 88% / 89% / 0% | 84% | 1.58% | 22,512 / 22,511 / 1 | 300 / 300 / 0 | 1.33 / 1.33 / 0.00 | 206 / 1 | 100.00 / 0.00 | 1,978,114 / 1,624,103 / 354,011 | 30,009 / 24,356 / 5,653 | 1.52 / 1.50 / 1.60 | 95% | 1.60% |
| 2 | United States | 09/30/2018 | 88% / 90% / 0% | 77% | 1.55% | 21,514 / 21,513 / 1 | 258 / 258 / 0 | 1.20 / 1.20 / 0.00 | 189 / 1 | 100.00 / 0.00 | 2,018,089 / 1,660,947 / 357,142 | 27,506 / 22,328 / 5,178 | 1.36 / 1.34 / 1.45 | 85% | 1.60% |
| 3 | United States | 06/30/2018 | 74% / 74% / 148% | 70% | 1.54% | 21,080 / 20,732 / 348 | 228 / 220 / 8 | 1.08 / 1.06 / 2.30 | 180 / 1 | 98.35 / 1.65 | 2,065,300 / 1,704,625 / 360,675 | 30,098 / 24,520 / 5,578 | 1.46 / 1.44 / 1.55 | 91% | 1.60% |
| 4 | United States | 03/31/2018 | 62% / 59% / 162% | 74% | 1.51% | 20,952 / 20,129 / 823 | 234 / 207 / 27 | 1.12 / 1.03 / 3.28 | 168 / 1 | 96.07 / 3.93 | 2,100,401 / 1,737,140 / 363,261 | 37,837 / 30,503 / 7,334 | 1.80 / 1.76 / 2.02 | 113% | 1.60% |
| 5 | United States | 12/31/2017 | 69% / 63% / 170% | 93% | 1.49% | 19,847 / 18,685 / 1,162 | 274 / 229 / 45 | 1.38 / 1.23 / 3.87 | 156 / 1 | 94.15 / 5.85 | 2,100,747 / 1,740,887 / 359,860 | 42,221 / 33,999 / 8,222 | 2.01 / 1.95 / 2.28 | 126% | 1.60% |
| 6 | United States | 09/30/2017 | 114% / 104% / 235% | 83% | 1.47% | 18,135 / 16,618 / 1,517 | 222 / 181 / 41 | 1.22 / 1.09 / 2.70 | 147 / 1 | 91.63 / 8.37 | 2,097,574 / 1,738,998 / 358,576 | 22,395 / 18,264 / 4,131 | 1.07 / 1.05 / 1.15 | 67% | 1.60% |
| 7 | United States | 06/30/2017 | 116% / 101% / 239% | 78% | 1.47% | 17,567 / 15,669 / 1,898 | 202 / 153 / 49 | 1.15 / 0.98 / 2.58 | 144 / 1 | 89.20 / 10.80 | 2,108,854 / 1,747,765 / 361,089 | 20,804 / 16,922 / 3,882 | 0.99 / 0.97 / 1.08 | 62% | 1.60% |
| 8 | United States | 03/31/2017 | 106% / 90% / 204% | 77% | 1.46% | 16,742 / 14,583 / 2,159 | 187 / 137 / 50 | 1.12 / 0.94 / 2.32 | 139 / 1 | 87.10 / 12.90 | 2,086,193 / 1,727,884 / 358,309 | 22,120 / 18,018 / 4,102 | 1.06 / 1.04 / 1.14 | 66% | 1.60% |
| 9 | United States | 12/31/2016 | 101% / 95% / 139% | 81% | 1.46% | 15,421 / 13,103 / 2,318 | 182 / 141 / 41 | 1.18 / 1.08 / 1.77 | 126 / 1 | 84.97 / 15.03 | 1,998,588 / 1,655,094 / 343,494 | 23,297 / 18,918 / 4,379 | 1.17 / 1.14 / 1.27 | 73% | 1.60% |
| 10 | United States | 09/30/2016 | 91% / 82% / 132% | 63% | 1.48% | 14,075 / 11,658 / 2,417 | 131 / 95 / 36 | 0.93 / 0.81 / 1.49 | 119 / 1 | 82.83 / 17.17 | 1,903,119 / 1,575,169 / 327,950 | 19,337 / 15,643 / 3,694 | 1.02 / 0.99 / 1.13 | 64% | 1.60% |
| 11 | United States | 06/30/2016 | 94% / 88% / 113% | 61% | 1.48% | 12,441 / 10,352 / 2,089 | 112 / 86 / 26 | 0.90 / 0.83 / 1.24 | 108 / 1 | 83.21 / 16.79 | 1,796,351 / 1,483,552 / 312,799 | 17,328 / 13,896 / 3,432 | 0.96 / 0.94 / 1.10 | 60% | 1.60% |
| 12 | United States | 03/31/2016 | 96% / 96% / 101% | 66% | 1.48% | 11,238 / 9,457 / 1,781 | 110 / 89 / 21 | 0.98 / 0.94 / 1.18 | 97 / 1 | 84.15 / 15.85 | 1,703,109 / 1,402,733 / 300,376 | 17,311 / 13,788 / 3,523 | 1.02 / 0.98 / 1.17 | 64% | 1.60% |
| 13 | United States | 12/31/2015 | 97% / 102% / 76% | 74% | 1.48% | 9,566 / 8,165 / 1,401 | 104 / 90 / 14 | 1.09 / 1.10 / 1.00 | 89 / 1 | 85.35 / 14.65 | 1,615,666 / 1,328,439 / 287,227 | 18,086 / 14,307 / 3,779 | 1.12 / 1.08 / 1.32 | 70% | 1.60% |

**Displaying records 1 to 13 out of a total number of 13 records**
**Download this report to an Excel file** [Help]

**Report Totals**

| *Met Search Parameters columns reflect all records that met the criteria identified below in Output Options. Universe reflects totals for all loans. | | Met Search Parameters | | Universe | |
|---|---|---|---|---|---|
| | | Total | Percentage | Total | Percentage |
| **Output Records** | Records for Nationwide Totals | 13 | -- | 13 | -- |
| **Originations** | Total Originations | 221,090 | -- | 221,090 | -- |
| **Seriously Delinquent** | Seriously Delinquent | 2,544 | 1.15 | 2,544 | 1.15 |
| **Claims** | Total Claims | 66 | 2.59 | 66 | 2.59 |

EXHIBIT 1