**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak (*Admitted Pro Hac Vice*)
Lindsay L. Buchanan (*Admitted Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com
      schiffman@thewbkfirm.com
      ofak@thewbkfirm.com
      buchanan@thewbkfirm.com

**MEDLIN & HARGRAVE, PC**
Joshua A. Rosenthal, CA Bar No. 190284
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403
Telephone: 707.570.2200
Facsimile: 510.832.2945
Email: jrosenthal@mhlawcorp.com

*Attorneys for Defendant Broker Solutions, Inc.
d/b/a New American Funding*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MALOU TUTANES-LUSTER,<br><br>    Plaintiff,<br><br>    v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>    Defendant. | Civil Action No. 19-cv-01630-PSG-JPR<br><br>**DEFENDANT NEW AMERICAN FUNDING'S NOTICE OF MOTION AND MOTION TO DISMISS THE AMENDED COMPLAINT**<br><br>**Date:** July 8, 2019<br>**Time:** 1:30 pm<br>**Judge:** Hon. Phillip S. Gutierrez<br>**Courtroom:** 6A |

### NOTICE OF MOTION AND MOTION TO DISMISS

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 8, 2019, at 1:30 pm, or as soon thereafter as counsel may be heard, in Courtroom 6A (6th Floor) at the First Street Courthouse, 350 West 1st Street, Los Angeles, CA 90012-4565, Defendant Broker Solutions, Inc. d/b/a New American Funding ("NAF") will and hereby does move to dismiss Relator's amended *qui tam* complaint pursuant to Federal Rule of Civil Procedure 12(b)(6) for failure to state a claim upon which relief may be granted.

As set forth in the concurrently filed Memorandum of Points and Authorities, there is good cause for the relief requested. NAF moves to dismiss on the grounds that the Complaint does not plead sufficient facts supporting a cause of action under the False Claims Act, 31 U.S.C. §§ 3729-3733 ("FCA"), and fails to plead fraud with particularity under Federal Rule of Civil Procedure 9(b).

This Motion is based upon this Notice of Motion and Motion; the concurrently filed Memorandum of Points and Authorities; the pleadings and papers filed in this action; and such further arguments as may be presented at or before the time of hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on May 10, 2019.

Dated: May 15, 2019

Respectfully submitted,

**WEINER BRODSKY KIDER PC**

/s/ Mitchel H. Kider
Mitchel H. Kider (CA Bar No. 116479)
Joel A. Schiffman (CA Bar No. 90138)
Timothy P. Ofak (*Pro Hac Vice*)
Lindsay L. Buchanan (*Pro Hac Vice*)
1300 19th Street NW, Fifth Floor
Washington, DC 20036
Tel: (202) 628-2000
Facsimile: (202) 628-2011
Email: kider@thewbkfirm.com
       schiffman@thewbkfirm.com
       ofak@thewbkfirm.com
       buchanan@thewbkfirm.com

**MEDLIN & HARGRAVE, PC**

/s/ Joshua A. Rosenthal
Joshua A. Rosenthal (CA Bar No. 190284)
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403
Tel: (707) 570-2200
Facsimile: (510) 832-2945
Email: jrosenthal@mhlawcorp.com

*Counsel for Broker Solutions, Inc.*
*d/b/a New American Funding*