**WEINER BRODSKY KIDER PC**

Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak (*Admitted Pro Hac Vice*)
Lindsay L. Buchanan (*Admitted Pro Hac Vice*)
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: 202.628.2000
Facsimile: 202.628.2011
Email: kider@thewbkfirm.com
        schiffman@thewbkfirm.com
        ofak@thewbkfirm.com
        buchanan@thewbkfirm.com

**MEDLIN & HARGRAVE, PC**

Joshua A. Rosenthal, CA Bar No. 190284
3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403
Telephone: 707.570.2200
Facsimile: 510.832.2945
Email: jrosenthal@mhlawcorp.com

*Attorneys for Defendant Broker Solutions, Inc.*
*d/b/a New American Funding*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* MALOU TUTANES-LUSTER,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Civil Action No. 19-cv-01630-PSG-JPR<br><br>**DEFENDANT NEW AMERICAN FUNDING'S ANSWER TO THE AMENDED COMPLAINT**<br><br>**District Judge:** Phillip S. Gutierrez<br>**Courtroom:** 6A |

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Pursuant to Federal Rules of Civil Procedure 7, 8, and 12, Defendant Broker Solutions, Inc. d/b/a/ New American Funding ("NAF") hereby answers the Amended Complaint as follows and states that any allegation not specifically responded to in this Answer is denied, including allegations or statements in unnumbered headings and subheadings statements in the Amended Complaint. Each paragraph below corresponds to the paragraph numbered in the Amended Complaint.

## RESPONSES TO ALLEGATIONS IN AMENDED COMPLAINT

1.      NAF admits that this action is brought against it pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, but denies all other allegations therein.

2.      NAF admits that Relator was employed by NAF as a loan processor in 2016, but denies all other allegations.

3.      This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

4.      This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

5.      NAF admits that the "Direct Endorsement ("DE") Lender Program" is an FHA program, but lacks knowledge or information sufficient to form a belief about the truth of whether FHA "promotes American homeownership."  To the extent a response is required, denied.

6.      NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

7.      NAF admits that the VA Home Loan Guaranty Program ("VA Program") is a VA program, but lacks knowledge or information sufficient to form a belief about the truth of whether VA "promotes homeownership."  To the extent a response is required, denied.

8.      NAF lacks knowledge or information sufficient to form a belief about

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

the truth of these allegations. To the extent a response is required, denied.

9.    NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

10.    NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

11.    NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

12.    Denied.

13.    Denied.

14.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

15.    Denied.

16.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

17.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

18.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

19.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

20.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

21.    NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

22.    Denied.

    a.    Denied.

    b.    Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

c.   Denied.

d.   Denied.

e.   Denied.

f.   Denied.

g.   Denied.

23.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

24.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

25.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

26.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

27.   NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

28.   Denied.

29.   Denied.

30.   Denied.

31.   Denied.

32.   Denied.

33.   NAF admits that this action is brought against it pursuant to the False Claims Act, 31 U.S.C. §§ 3729-3733, but denies all other allegations therein.

34.   This allegation contains legal conclusions, to which no response is required.

35.   It is admitted that NAF transacts business in the Central District of California and has its principal place of business in Tustin, California.  Otherwise, this allegation states a legal conclusion, for which no response is required.

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

36.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

37.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations. To the extent a response is required, denied.

38.     Denied.

39.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

40.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

41.     NAF admits that it "conduct[s] business in the Central District of California" and that it is a "Direct Endorsement Lender" with HUD-FHA, but denies all other allegations.

42.     Admit.

43.     NAF admits that its "Institution ID" is 21221 and that its "home office is 14511 Myford Road, Suite 100, Tustin, California 92780", but denies all other allegations.

44.     NAF admits that Relator was employed by NAF for a period of time in 2016, but denies all other allegations.

45.     NAF admits that "Relator was employed as a loan processor", but denies all other allegations.

46.     Denied.

47.     Denied.

48.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

49.     NAF admits that "HUD is a cabinet-level agency of the United States."

50.     NAF lacks knowledge or information sufficient to form a belief about

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

1    the truth of these allegations.  To the extent a response is required, denied.

2         51.    NAF lacks knowledge or information sufficient to form a belief about

3    the truth of these allegations.  To the extent a response is required, denied.

4         52.    NAF lacks knowledge or information sufficient to form a belief about

5    the truth of these allegations.  To the extent a response is required, denied.

6         53.    NAF admits that FHA offers mortgage insurance programs pursuant

7    to the National Housing Act of 1934.  NAF lacks knowledge or information

8    sufficient to form a belief about the truth of the remaining allegations therein. To

9    the extent a response is required concerning the remaining allegations, denied.

10        54.    NAF admits that "FHA provides insurance" on certain mortgage

11   loans, but lacks knowledge or information sufficient to form a belief about the

12   truth of the remaining allegations.  To the extent a further response is required,

13   denied.

14        55.    This allegation contains legal conclusions, to which no response is

15   required.  To the extent a response is required, denied.

16        56.    NAF lacks knowledge or information sufficient to form a belief about

17   the truth of these allegations.  To the extent a response is required, denied.

18        57.    This allegation contains legal conclusions, to which no response is

19   required.  To the extent a response is required, denied.

20        58.    This allegation contains legal conclusions, to which no response is

21   required.  To the extent a response is required, denied.

22        59.    NAF lacks knowledge or information sufficient to form a belief about

23   the truth of these allegations.  To the extent a response is required, denied.

24        60.    This allegation contains legal conclusions, to which no response is

25   required.  To the extent a response is required, denied.

26        61.    This allegation contains legal conclusions, to which no response is

27   required.  To the extent a response is required, denied.

28

62.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

63.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

64.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

65.     Denied.

66.     Denied.

67.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

68.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

69.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

70.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

71.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

72.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

73.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

74.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

75.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

76.     This allegation contains legal conclusions, to which no response is

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

required.  To the extent a response is required, denied.

77.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

78.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

79.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

80.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

81.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

82.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

83.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

84.     This allegation contains legal conclusions, to which no response is required. To the extent a response is required, denied.

85.     NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

86.     Denied.

87.     Denied.

88.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

89.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

90.     This allegation contains legal conclusions, to which no response is

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

required.  To the extent a response is required, denied.

91.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

92.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

93.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

94.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

95.    NAF admits that HUD Handbook 4000.1 is the current "operative handbook," but denies the allegation concerning the effective date, and also denies any other inference there from, including, but not limited to, the legal effect of the HUD Handbook with respect to the False Claims Act..

96.    NAF admits that "[p]rior to the implementation of HUD Handbook 4000.1, the operative handbook was the HUD Handbook 4155.1," but denies the allegation concerning the effective date, and also denies any other inference there from, including, but not limited to, the legal effect of the HUD Handbook with respect to the False Claims Act.

97.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

98.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  This allegation also contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

99.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

100.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

101.   NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

102.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied. NAF responds to each subpart as follows:

   a.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   b.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   c.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   d.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   e.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

103.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied. NAF responds to each subpart as follows:

   a.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   b.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   c.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

   d.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

104.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

105.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

106.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

107.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

108.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

109.   Denied.

110.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

111.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

112.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

113.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

114.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

115.   Denied.

116.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

117.   Denied.

118.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

119.   NAF lacks knowledge or information sufficient to form a belief about the truth of these allegations.  To the extent a response is required, denied.

120.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

121.   Denied.

122.   Denied.

123.   Denied.

124.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

125.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

126.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

127.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

128.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

129.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

130.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

131.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

132.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

133.   Denied.

134.   This allegation contains legal conclusions, to which no response is

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

required.  To the extent a response is required, denied.

135.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

136.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

137.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

138.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      i.      This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      ii.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      iii.    This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      iv.     This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      v.      This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      1. This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      2. This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

      3. This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

139.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

140.   Denied.

141.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

142.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

143.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

144.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

145.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

146.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

147.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

148.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

149.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

150.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

151.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

152.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

153.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

154.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

155.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

156.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

157.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

158.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

159.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

160.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

161.   Denied.

162.   Denied.

163.   Denied.

164.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

165.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

166.   Denied.

167.   Denied.

168.   Denied.

169.   Denied.

170.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

171.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

172.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

173.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

174.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

175.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

176.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

177.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

178.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

179.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

180.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

181.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

182.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

183.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

184.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

185.  Denied.

186.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

187.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

188.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

189.  Denied.

190.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

191.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

192.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

193.  Denied.

194.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

195.  Denied.

196.  Denied.

197.  Denied.

198.  Denied.

199.  Denied.

200.  Denied.

201.  Denied.

202.  Denied.

203.  Denied.

204.  Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

205.  Denied.

206.  Denied.

    a.  Denied.

    b.  Denied.

    c.  Denied.

    d.  Denied.

    e.  Denied.

    f.  Denied.

    g.  Denied.

207.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

208.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

209.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

210.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

211.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

212.  Denied.

213.  Denied.

214.  Denied.

215.  Denied.

216.  Denied.

217.  Denied.

218.  Denied.

219.  Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

220.  Denied.

221.  Denied.

222.  Denied.

223.  Denied.

224.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

225.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

226.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

227.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

228.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

229.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

230.  Denied.

231.  Denied.

232.  Denied.

233.  Denied.

234.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

235.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

236.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

237.  Denied.

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

238.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

239.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

240.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

241.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

242.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

243.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

244.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

245.   Denied.

246.   Denied.

247.   Denied.

248.   Denied.

249.   Denied.

250.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

251.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

252.   Denied.

253.   Denied.

254.   Denied.

255.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

256.   Denied.

257.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

258.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

259.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

260.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

261.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

262.   Denied.

263.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

264.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

265.   Denied.

266.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

267.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

268.   Denied.

269.   Denied.

270.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

271.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

272.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

273.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

274.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

275.   NAF denies that it was "NAF policy" to approve "non-qualifying loan files."  NAF otherwise lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

276.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

277.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

278.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

279.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

280.   NAF denies that it was "NAF policy" to approve "non-qualifying loan files."  NAF otherwise lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

281.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

282.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

283.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

284.   NAF lacks knowledge or information sufficient to form a belief about

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

the truth of this allegation.  To the extent a response is required, denied.

285.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

286.   Denied.

287.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

288.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

289.   Denied.

290.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.   To the extent a response is required, denied.

291.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.   To the extent a response is required, denied.

292.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

293.   Denied.

294.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

295.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

296.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

297.   Denied.

298.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

299.   Denied.

300.   Denied.

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

301.   Denied.

302.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

303.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

304.   Denied.

305.   Denied.

306.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

307.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

308.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

309.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

310.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

311.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

312.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

313.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

314.   Denied.

315.   Denied.

316.   Denied.

317.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

318.   Denied.

319.   Denied.

320.   Denied.

321.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

322.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

323.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

324.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

325.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

a.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

b.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

c.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

1. This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

2. This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

d.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

e.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

f.    This allegation contains legal conclusions, to which no
response is required.  To the extent a response is required, denied.

g.    This allegation contains legal conclusions, to which no
response is required.  To the extent a response is required, denied.

h.    This allegation contains legal conclusions, to which no
response is required.  To the extent a response is required, denied.

326.   This allegation contains legal conclusions, to which no response is
required.  To the extent a response is required, denied.

327.   This allegation contains legal conclusions, to which no response is
required.  To the extent a response is required, denied.

328.   This allegation contains legal conclusions, to which no response is
required.  To the extent a response is required, denied.

329.   This allegation contains legal conclusions, to which no response is
required.  To the extent a response is required, denied.

330.   Denied.

331.   Denied.

332.   Denied.

333.   Denied.

334.   Denied.

335.   Denied.

336.   NAF lacks knowledge or information sufficient to form a belief about
the truth of this allegation.  To the extent a response is required, denied.

337.   Denied.

338.   NAF lacks knowledge or information sufficient to form a belief about
the truth of this allegation.  To the extent a response is required, denied.

339.   Denied.

340.   Denied.

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

341.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

342.   Denied.

343.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

344.   Denied.

345.   Denied.

346.   Denied.

347.   Denied.

348.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

349.   Denied.

350.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

351.   Denied.

352.   Denied.

353.   Denied.

354.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

355.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

356.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

357.   Denied.

358.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

359.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

360.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

361.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

362.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

363.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

364.  Denied.

365.  Denied.

366.  Denied.

367.  Denied.

368.  Denied.

369.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

370.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

371.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

372.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

373.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

374.  Denied.

375.  Denied.

376.  Denied.

377.  NAF lacks knowledge or information sufficient to form a belief about

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

the truth of this allegation.  To the extent a response is required, denied.

378.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

379.   NAF denies that it "used [a] bonus as part of a 'rolling 24 month' income by averaging it over two years."  NAF otherwise lacks knowledge or information sufficient to form a belief about the truth of the remaining allegations.  To the extent a response is required, denied.

380.   Denied.

381.   Denied.

382.   Denied.

383.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

384.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

385.   Denied.

386.   Denied.

387.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

388.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

389.   Denied.

390.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

391.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

392.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

393.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

394.   Denied.

395.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

396.   Denied.

397.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

398.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

399.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

400.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

401.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

402.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

403.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

404.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

405.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

406.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

407.   NAF lacks knowledge or information sufficient to form a belief about

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

1   the truth of this allegation.  To the extent a response is required, denied.

2       408.   Denied.

3       409.   This allegation contains legal conclusions, to which no response is

4   required.  To the extent a response is required, denied.

5       410.   This allegation contains legal conclusions, to which no response is

6   required.  To the extent a response is required, denied.

7       411.   This allegation contains legal conclusions, to which no response is

8   required.  To the extent a response is required, denied.

9       412.   Denied.

10      413.   Denied.

11      414.   Denied.

12      415.   Denied.

13      416.   This allegation contains legal conclusions, to which no response is

14   required.  To the extent a response is required, denied.

15      417.   This allegation contains legal conclusions, to which no response is

16   required.  To the extent a response is required, denied.

17      418.   This allegation contains legal conclusions, to which no response is

18   required.  To the extent a response is required, denied.

19      419.   This allegation contains legal conclusions, to which no response is

20   required.  To the extent a response is required, denied.

21      420.   This allegation contains legal conclusions, to which no response is

22   required.  To the extent a response is required, denied.

23      421.   This allegation contains legal conclusions, to which no response is

24   required.  To the extent a response is required, denied.

25      422.   This allegation contains legal conclusions, to which no response is

26   required.  To the extent a response is required, denied.

27      423.   Denied.

28

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

424.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

425.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

426.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

427.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

428.   Denied.

429.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

430.   Denied.

431.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

432.   Denied.

433.   Denied.

434.   Denied.

435.   Denied.

436.   Denied.

437.   Denied.

438.   Denied.

439.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

440.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

441.   Denied.

442.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

443.  Denied.

444.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

445.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation and its subparts.  This allegation and its subparts also contain legal conclusions, to which no response is required.  To the extent a response is required, denied.

446.  NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

447.  Denied.

448.  Denied.

449.  Denied.

450.  This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

451.  Denied.

452.  Denied.

453.  Denied.

454.  Denied.

    a.  Denied

    b.  Denied.

    c.  Denied.

    d.  Denied.

    e.  Denied.

    f.  Denied.

    g.  Denied.

    h.  Denied.

    i.  Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

j.    Denied.

k.    Denied.

455.   This allegation contains legal conclusions, to which no response is required.  To the extent a response is required, denied.

456.   Denied.

457.   Denied.

458.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

459.   Denied.

460.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

461.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

462.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

463.   Denied.

464.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

465.   Denied.

466.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

a.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

b.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

c.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

d.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

e.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

f.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

g.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

h.    NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

467.   Denied.

468.   Denied.

469.   Denied.

470.   Denied.

471.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

472.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

473.   Denied.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

474.   Denied.

475.   Denied.

476.   Denied.

477.   Denied.

478.   Denied.

479.   Denied.

480.   Denied.

481.   Denied.

482.   Denied.

483.   Denied.

484.   Denied.

485.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

486.   Denied.

487.   Denied.

488.   Denied.

489.   Denied.

490.   Denied.

491.   Denied.

492.   Denied.

493.   Denied.

494.   NAF lacks knowledge or information sufficient to form a belief about the truth of this allegation.  To the extent a response is required, denied.

495.   Denied.

NAF denies all allegations contained in Relator's unnumbered paragraphs requesting relief at the end of the Amended Complaint (including subparts a-g).

Defendant's Answer to the Amended Complaint
Case No. 3:19-cv-01630-PSG

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

# AFFIRMATIVE DEFENSES

NAF asserts the following defenses to the Amended Complaint, without assuming the burden of proof of any issue for which Relator and/or United States bears the burden of proof:

## FIRST AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred in whole, or in part, by the statute of limitations for any loan endorsed for FHA insurance and VA guarantees prior to August 2, 2011, which is six years from the date the original complaint was filed.  31 U.S.C. § 3731(b).

Separately, the claims in the Amended Complaint are barred in whole, or in part, by the statute of limitations for any claim for FHA insurance or VA guaranty proceeds made prior to August 2, 2011.

Separately, the claims in the Amended Complaint are barred in whole, or in part, by the statute of limitations, if the basis for the alleged false claim was an annual certification made prior to August 2, 2011.

Separately, the claims in the Amended Complaint are barred in whole because under the theory of promissory fraud, the operative date for the statute of limitations is the date NAF entered into the agreement with the government governing the Direct Endorsement lending relationship, not the date of any annual certification made thereafter.

## SECOND AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred by the doctrine of waiver, ratification, acquiescence, and abandonment, because the United States made, and continued to make, payments on claims submitted for insurance proceeds for loans endorsed by NAF.  Among other grounds, this defense also arises based on HUD's and VA's conduct in allowing NAF to maintain its status in the FHA and VA programs, and in approving loans made by NAF.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

### THIRD AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred by the doctrine of estoppel, because the United States made, and continued to make, payments on claims submitted for loans endorsed by NAF.  Among other grounds, this defense also arises based on HUD's and VA's conduct in allowing NAF to maintain its status in the FHA and VA programs, and in approving loans made by NAF.

### FOURTH AFFIRMATIVE DEFENSE

The Amended Complaint is barred because the allegations fail to state a claim upon which relief can be granted.

### FIFTH AFFIRMATIVE DEFENSE

The United States has failed to mitigate damages by failing to take reasonable steps to recoup the fair market value for the properties associated with the claims in the Amended Complaint.

### SIXTH AFFIRMATIVE DEFENSE

The Amended Complaint is barred in whole or in part by recoupment and/or set-off.  In particular, NAF is entitled to recoupment and/or offset to the extent the United States has recovered any proceeds as a result of the liquidation of the collateral that secured the FHA insured mortgage loans underwritten by NAF, and for which a claim was submitted.

Separately, during the time period in the Amended Complaint, the United States induced NAF to continue to maintain its status as Direct Endorsement Lender and a VA lender, continued to allow loans to be certified for FHA insurance and VA guarantees, and continued to pay on claims made under the terms of its programs. In doing so, on information and belief, the United States collected millions in insurance premiums, as well as VA fees, for loans that Relator claims now were never eligible for FHA insurance and VA guarantees.

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

## SEVENTH AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred by the Due Process Clause of the United States Constitution, to the extent Relator seeks to impose liability on NAF without proving the statutory proscriptions set forth in the False Claims Act with respect to each alleged false claim.

## EIGHTH AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred insofar as they violate the due process protections afforded by the United States Constitution and/or the Eighth Amendment's prohibition on excessive fines, to the extent Relator seeks to impose civil penalties or treble damages which are grossly disproportionate to the government's losses and/or punitive in nature.

## NINTH AFFIRMATIVE DEFENSE

The claims in the Amended Complaint are barred, in whole or in part, by the doctrines of settlement, release, and accord and satisfaction because certain loans originated during the relevant time period, and for which claims have been made, are subject to binding indemnification agreements between NAF and the United States.

## TENTH AFFIRMATIVE DEFENSE

If the United States has sustained any injuries or incurred any expenses (which NAF denies), they may not be recovered, in whole or in part, due to intervening or superseding events, factors, occurrences, or conditions that were in no way caused by NAF and for which NAF is not responsible, including but not limited to the acts or omissions of borrowers and third parties.  Such losses were neither actually caused nor proximately caused by NAF.

1

Dated:  July 22, 2019

2

Respectfully submitted,

**WEINER BRODSKY KIDER PC**

3

4

/s/ Mitchel H. Kider
Mitchel H. Kider (CA Bar No. 116479)

5

Joel A. Schiffman (CA Bar No. 90138)
Timothy P. Ofak (*Pro Hac Vice*)

6

Lindsay L. Buchanan (*Pro Hac Vice*)

7

1300 19th Street NW, Fifth Floor
Washington, DC 20036

8

Tel:  (202) 628-2000

9

Facsimile:  (202) 628-2011
Email: kider@thewbkfirm.com

10

schiffman@thewbkfirm.com

11

ofak@thewbkfirm.com
buchanan@thewbkfirm.com

12

13

**MEDLIN & HARGRAVE, PC**

14

15

/s/ Joshua A. Rosenthal
Joshua A. Rosenthal (CA Bar No. 190284)

16

3562 Round Barn Circle, Suite 212
Santa Rosa, CA 95403

17

Tel:  (707) 570-2200

18

Facsimile:  (510) 832-2945
Email:  jrosenthal@mhlawcorp.com

19

20

*Counsel for Broker Solutions, Inc.*
*d/b/a New American Funding*

21

22

23

24

25

26

27

28

WEINER BRODSKY KIDER PC
A Professional Corporation formed in the District of Columbia

1

## <u>**CERTIFICATE OF SERVICE**</u>

2

I certify that, on this 22nd day of July, 2019, I caused one copy of the

3

4

foregoing Defendant's Answer to the Amended Complaint to be served on all

5

parties and counsel of record via the Court's CM/ECF system.

6

/s/ Mitchel H. Kider

7

Mitchel H. Kider

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28