**CUTTER LAW PC**
C. BROOKS CUTTER, SBN 121407
JOHN R. PARKER, JR., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
E-mails: bcutter@cutterlaw.com
jparker@cutterlaw.com

| **THOMAS & SOLOMON LLP** | **GRANT & EISENHOWER, P.A.** |
|---|---|
| J. NELSON THOMAS *Pro Hac Vice* | Kyle McGee, *Pro Hac Vice* |
| JONATHAN W. FERRJS *Pro Hac Vice* | Laina M. Herbert, *Pro Hac Vice* |
| MICHAEL J. LINGLE *Pro Hac Vice* | 123 Justison Street |
| ANNETTE M. GIFFORD | Wilmington, Delaware 19801 |
| 693 East Avenue | Telephone: (302) 622-7000 |
| Rochester, New York 14607 | Facsimile: (302) 622-7100 |
| Telephone: (585) 272-0540 | |

Email: nthomas@theemploymentattomeys.com
jferris@theemploymentattomeys.com
mlingle@theemploymentattomeys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. MALOU TUTANES-LUSTER, | Case No. 3:17-CV-04384-EDL |
| Relator, | **NOTICE OF LODGING [PROPOSED] ORDER** |
| vs. | |
| BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING and PATTY ARVIELO, | |
| Defendants. | |

-1-

Notice of [Proposed] Order

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**EXHIBIT "A"**

Notice of [Proposed] Order