**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
Emails:  bcutter@cutterlaw.com
             jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Emails: dberger@gelaw.com
             kmcgee@gelaw.com
             lherbert@gelaw.com

*Attorneys for Relator*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak, *Pro Hac Vice*
Lindsay L. Buchanan, *Pro Hac Vice*
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Email:  kider@thewbkfirm.com
             schiffman@thewbkfirm.com
             ofak@thewbkfirm.com
             buchanan@thewbkfirm.com

*Attorneys for Defendant*

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette M. Gifford, CA Bar 270777
693 East Avenue
Rochester, New York 14607
Telephone.:  (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

**MEDLIN & HARGRAVE, PC**
Joshua A. Rosenthal, CA Bar No. 190284
3562 Round Barn Circle, Suite 212
Santa Rosa, CA  95403
Telephone:  (707) 570-2200
Email:  jrosenthal@mhlawcorp.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER, <br><br> Relator, <br><br> v. <br><br> BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING, <br><br> Defendant. | Case No. 19-cv-01630-PSG-JPR <br><br> **JOINT RESPONSE TO THE COURT'S ORDER TO SHOW CAUSE** <br><br> Order to Show Cause Hearing <br> **Date:** May 4, 2020 <br> **Time:** 2:30 p.m. (PST) <br> **Courtroom:** 6A <br> **Judge:** The Honorable Philip S. Gutierrez |

Relator Malou Tutanes-Luster and Defendant Broker Solutions, Inc. d/b/a New American Funding (the "Parties") respectfully submit this Joint Response to the Court's Order to Show Cause (ECF 115), dated April 17, 2020.  The Parties previously held an initial Rule 26(f) conference on August 14, 2019, and thereafter timely submitted their Rule 26(f) Report (ECF 106) on August 28, 2019.

In anticipation of the conference previously scheduled for April 20, 2020, the Parties met and conferred on April 7, 2020, and cooperated to prepare a revised Rule 26(f) Report, which the Parties intended to discuss with the Court on April 20, 2020.  The Courtroom Deputy contacted certain counsel for the Parties by email on Tuesday, April 14, 2020, to request that the Parties file an updated Rule 26(f) report by Thursday, April 16, 2020.  Unfortunately, lead counsel for both Relator and Defendant were not apprised of this request until Friday, April 17, 2020, and the Courtroom Deputy's email went unaddressed.  The Parties have finalized their revised Rule 26(f) Report and intend to file it concurrently with this Joint Response.

Accordingly, the Parties believe the Order to Show Cause should be terminated.  The Parties respectfully request that all counsel of record for the Parties be included on the Court's distribution list for email communications about this case, and counsel for the Parties apologize for any miscommunication or oversight.

Dated:  April 21 2020

**GRANT & EISENHOFER P.A.**

 */s/ Kyle J. McGee*
Daniel L. Berger, *Pro Hac Vice*
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Emails:  dberger@gelaw.com
         kmcgee@gelaw.com
         lherbert@gelaw.com


**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
Emails:  bcutter@cutterlaw.com
         jparker@cutterlaw.com


**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette M. Gifford, CA Bar 270777
693 East Avenue
Rochester, New York 14607
Telephone:  (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

**WEINER BRODSKY KIDER PC**

 */s/ Mitchel H. Kider*
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak, *Pro Hac Vice*
Lindsay L. Buchanan, *Pro Hac Vice*
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Email:  kider@thewbkfirm.com
        schiffman@thewbkfirm.com
        ofak@thewbkfirm.com
        buchanan@thewbkfirm.com


**MEDLIN & HARGRAVE, PC**
Joshua A. Rosenthal, CA Bar No. 190284
3562 Round Barn Circle, Suite 212
Santa Rosa, CA  95403
Telephone:  (707) 570-2200
Email:  jrosenthal@mhlawcorp.com

*Attorneys for Defendant Broker Solutions,
Inc.
d/b/a New American Funding*