**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com
          jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
Kyle J. McGee, *Pro Hac Vice*
Caitlin Moyna, *To be Admitted Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: dberger@gelaw.com
         kmcgee@gelaw.com
         cmoyna@gelaw.com
         lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette M. Gifford, CA Bar 270777
693 East Avenue
Rochester, New York 14607
Telephone.: (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com
*Attorneys for Relator*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak, *Pro Hac Vice*
Lindsay L. Buchanan, *Pro Hac Vice*
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Emails:  kider@thewbkfirm.com
         schiffman@thewbkfirm.com
         ofak@thewbkfirm.com
         buchanan@thewbkfirm.com

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
Evan M. Rothman, CA Bar No. 271313
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone: (949) 537-3490
Emails: josh@abelattorneys.com
         evan@abelattorneys.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Relator,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 19-cv-01630-PSG-JPR<br><br>**JOINT STIPULATION SEEKING COURT APPROVAL TO MODIFY SCHEDULING ORDER**<br><br>[Proposed Order filed concurrently]<br><br>**Action filed:** August 2, 2017<br>**Trial date:** January 11, 2022<br><br>**Judge:** The Honorable Philip S. Gutierrez |

Plaintiff-Relator Malou Tutanes-Luster ("Relator") and Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant," and collectively with Relator, the "Parties"), through their undersigned counsel, respectfully submit the following Joint Stipulation Seeking Court Approval to Modify Scheduling Order in the above-captioned action (the "Action"), in light of the progress in discovery to date and the COVID-19 pandemic.

WHEREAS, on July 2, 2020, the Court issued an order modifying the scheduling order, ECF No. 125 (the "Modified Scheduling Order"), in the Action;

WHEREAS, the Modified Scheduling Order established the following case deadlines for this Action:

| Event | Deadline |
|---|---|
| Deadline For All Parties To Complete Document Production: | 12/18/2020 |
| Fact Discovery Cut-Off: | 4/16/2021 |
| Last Day to File Dispositive Motions: | 10/15/2021 |
| Opening Expert Witness Disclosure [*See* F. R. Civ. P. 26(a)(2)]: | 6/15/2021 |
| Rebuttal Expert Witness Disclosure: | 8/16/2021 |
| Expert Discovery Cut-Off: | 9/15/2021 |
| Final Pretrial Conference (2:30 p.m.): | 12/20/2021 |
| Jury Trial (9:00 a.m.): | 1/11/2022 |

WHEREAS, both before and after the Court entered the Modified Scheduling Order, the Parties have been diligently pursuing discovery, including serving and responding to written discovery requests, conducting party and third-party document collection, producing documents, and participating in frequent conferences between counsel;

WHEREAS, Defendant to date has produced over 18,000 documents totaling over two million pages of material, including but not limited to 1,595 FHA and VA loan origination files, policies and procedures concerning the origination and underwriting of FHA and VA loans, quality control reports concerning the origination and underwriting of FHA and VA loans, training materials concerning the origination and underwriting of FHA and VA loans, and audits conducted by HUD and VA concerning the origination and underwriting of FHA and VA loans;

WHEREAS, Defendant is still in the process of reviewing and producing additional responsive documents subject to its objections, including, but not limited to, additional quality control reports concerning the origination and underwriting of FHA and VA loans, FHA and VA claim-related documents, and emails from the agreed upon custodians;

WHEREAS, on March 12, 2020, the Parties agreed to a list of 31 custodians from whom emails would be collected and reviewed in response to Relator's document requests;

WHEREAS, Defendant then began the process of collecting the email files for the 31 agreed upon custodians. Due to the volume of the emails and attachments to be collected—over 16 million—as well as circumstances surrounding the ongoing COVID-19 pandemic, the collection and processing of the email files in order to begin the process of running search terms took a considerable amount of time;

WHEREAS, on August 7, 2020, Defendant provided Relator with an initial email search term hit report based on a search of the custodians' mailboxes using a list of search terms to be evaluated by the parties;

WHEREAS, on September 29, 2020, following multiple meet-and-confers and Defendant's submission of updated search term hit reports, the Parties finalized the search terms, which yielded almost four million emails and attachments;

WHEREAS, Defendant, pursuant to the ESI Protocol (ECF. No. 112) has diligently conducted a technology-assisted review ("TAR") and has begun the process of validating the TAR model. Defendant anticipates being able to begin producing responsive emails and attachments by January 15, 2021;

WHEREAS, once the validation of the TAR model is complete, Defendant must still review those emails and attachments which could not be coded by the TAR model as well as potentially privileged emails and attachments.

WHEREAS, due to the voluminous nature of the documents being produced, including the emails currently being reviewed and prepared by Defendant for production to Relator, an extension of the document production deadline is necessary;

WHEREAS, despite Defendant's efforts to complete the document production by the December 18, 2020 deadline, the volume of documents required to be collected, produced, and reviewed, as well as circumstances surrounding the ongoing COVID-19 pandemic, have introduced logistical challenges and delays hindering Defendant's ability to effectively complete production by that date;

WHEREAS, the Parties have agreed that the extension of the document production deadline would necessitate the extension of other deadlines in this case;

WHEREAS, the Parties continue to work diligently to complete as much discovery and trial preparation as is possible under the circumstances, including deposition practice, completing party and third-party document collections, and

participating in telephonic conferences between counsel regarding the Parties' document productions;

NOW, THEREFORE, the Parties JOINTLY STIPULATE AND AGREE as follows:

1. The Parties agree to the following adjustments and modifications to the Scheduling Order, subject to the Court's approval:

    a. The deadline for all Parties to complete document production is February 17, 2021;

    b. The fact discovery cut-off is extended from April 16, 2021 to July 30, 2021;

    c. The deadline for all Parties to file Motions is extended from October 15, 2021 to January 30, 2022;

    d. The deadline for Opening Expert Witness Disclosure is extended from June 15, 2021 to September 30, 2021;

    e. The deadline for Rebuttal Expert Witness Disclosure is extended from August 16, 2021 to November 30, 2021;

    f. The deadline for Expert Discovery Cut-Off is extended from September 15, 2021 to December 30, 2021;

    g. The Final Pretrial Conference currently scheduled for December 20, 2021 at 2:30 p.m. is now scheduled for March 30, 2022 at 2:30 p.m., or as soon thereafter as the Court's calendar permits;

    h. A Jury Trial in this matter, currently scheduled to begin on Tuesday, January 11, 2022 at 9:00 a.m. is now scheduled to begin on April 25, 2022 at 9:00 a.m., or as soon thereafter as the Court's calendar permits.

2. The Parties respectfully request and jointly apply for an order, in the form filed concurrently herewith, modifying the Scheduling Order consistent with the foregoing.

**SO STIPULATED.**

Dated:  December 7, 2020

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **WEINER BRODSKY KIDER PC** |

 */s/ Laina M. Herbert*
Daniel L. Berger, *Pro Hac Vice*
Kyle J. McGee, *Pro Hac Vice*
Caitlin Moyna, *To be Admitted Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE  19801
Telephone:  (302) 622-7000
Emails:  dberger@gelaw.com
            cmoyna@gelaw.com
            kmcgee@gelaw.com
            lherbert@gelaw.com

**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone:  (916) 290-9400
Emails:  bcutter@cutterlaw.com
            jparker@cutterlaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette M. Gifford, CA Bar 270777
693 East Avenue
Rochester, New York 14607
Telephone:  (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com

*Attorneys for Relator Malou Tutanes-Luster*

 */s/ Timothy P. Ofak*
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak, *Pro Hac Vice*
Lindsay L. Buchanan, *Pro Hac Vice*
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Email:  kider@thewbkfirm.com
            schiffman@thewbkfirm.com
            ofak@thewbkfirm.com
            buchanan@thewbkfirm.com

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
Evan M. Rothman, CA Bar No. 271313
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone:  (949) 537-3490
Email:  josh@abelattorneys.com
            evan@abelattorneys.com

*Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding*

## CERTIFICATE OF SERVICE

I certify that, on this 7th day of December 2020, I caused a copy of the foregoing Joint Stipulation to be served on all parties and counsel of record via the Court's CN/ECF system.

/s/ Timothy P. Ofak
Timothy P. Ofak