**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com
jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
Caitlin M. Moyna, *To be Admitted Pro Hac Vice*
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: dberger@gelaw.com
kmcgee@gelaw.com
cmoyna@gelaw.com
lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
Annette M. Gifford, CA Bar 270777
693 East Avenue
Rochester, New York 14607
Telephone.: (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com
amgifford@gmail.com
*Attorneys for Relator*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
Joel A. Schiffman, CA Bar No. 90138
Timothy P. Ofak, *Pro Hac Vice*
Lindsay L. Buchanan, *Pro Hac Vice*
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Emails: kider@thewbkfirm.com
schiffman@thewbkfirm.com
ofak@thewbkfirm.com
buchanan@thewbkfirm.com

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
Evan M. Rothman, CA Bar No. 271313
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone: (949) 537-3490
Emails: josh@abelattorneys.com
evan@abelattorneys.com

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Relator,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 19-cv-01630-PSG-JPR<br><br>**JOINT STIPULATION SEEKING COURT APPROVAL TO MODIFY SCHEDULING ORDER**<br><br>[Proposed Order filed concurrently]<br><br>**Action filed:** August 2, 2017<br>**Trial date:** April 26, 2022<br>**Judge:** The Honorable Philip S. Gutierrez |

Plaintiff-Relator Malou Tutanes-Luster ("Relator") and Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant," and collectively with Relator, the "Parties"), through their undersigned counsel, respectfully submit the following Joint Stipulation Seeking Court Approval to Modify Scheduling Order in the above-captioned action (the "Action"), in light of the progress in discovery to date and the COVID-19 pandemic.

WHEREAS, on July 2, 2020, the Court issued an order modifying the scheduling order, ECF No. 125, in the Action;

WHEREAS, on December 8, 2020, the Court issued an order further modifying the scheduling order, ECF No. 132 (the "Modified Scheduling Order"), in the Action;

WHEREAS, the Modified Scheduling Order established the following case deadlines for this Action:

| Event | Deadline |
|---|---|
| Deadline For All Parties To Complete Document Production: | 2/17/2021 |
| Fact Discovery Cut-Off: | 7/30/2021 |
| Last Day to File Dispositive Motions: | 1/30/2022 |
| Opening Expert Witness Disclosure [*See* F. R. Civ. P. 26(a)(2)]: | 9/30/2021 |
| Rebuttal Expert Witness Disclosure: | 11/30/2021 |
| Expert Discovery Cut-Off: | 12/30/2021 |
| Final Pretrial Conference (2:30 p.m.): | 3/28/2022 |
| Jury Trial (9:00 a.m.): | 4/26/2022 |

WHEREAS, both before and after the Court entered the Modified Scheduling Order, the Parties have been diligently pursuing discovery, including serving and responding to written discovery requests, conducting party and third-party document collection, producing documents, and participating in frequent conferences between counsel;

WHEREAS, Defendant to date has produced over 18,400 documents totaling over two million pages of material, including but not limited to 1,699 FHA and VA loan origination files, policies and procedures concerning the origination and underwriting of FHA and VA loans, quality control reports concerning the origination and underwriting of FHA and VA loans, training materials concerning the origination and underwriting of FHA and VA loans, and audits conducted by HUD and VA concerning the origination and underwriting of FHA and VA loans;

WHEREAS, Defendant is still in the process of reviewing and producing additional responsive documents subject to its objections, including, but not limited to, emails from the agreed upon custodians, additional quality control reports concerning the origination and underwriting of FHA and VA loans, and FHA and VA claim-related documents;

WHEREAS, despite Defendant's efforts to complete document production by the February 17, 2021 deadline, the volume of documents required to be collected, produced, and reviewed—as well as a technical error which occurred during the processing of approximately 1.3 million email files for production, in which thousands of potentially-privileged emails and attachments were inadvertently included—have introduced logistical challenges and delays hindering Defendant's ability to effectively complete production by February 17;

WHEREAS, over 100,000 remaining potentially-privileged emails and attachments, including email family members, also must be reviewed for responsiveness and privilege, and the corresponding privilege log prepared;

WHEREAS, the Parties have agreed that the extension of the document production deadline would only necessitate the extension of the fact discovery deadline in this case;

WHEREAS, Defendant has agreed to provide the approximately 1.3 million emails that are currently being reprocessed for production, additional loan files, and agreed upon data from its Loan Operating System (LOS) by February 5, 2021, and complete two supplemental productions of emails and documents by March 5, 2021 and March 19, 2021;

WHEREAS, Defendant has agreed and will be able to complete the substantial production of all documents by February 17, 2021;

WHEREAS, the Defendant continues to work diligently to complete as much discovery and trial preparation as is possible under the circumstances, including deposition practice, completing party and third-party document collections, and participating in telephonic conferences between counsel regarding the Parties' document productions;

NOW, THEREFORE, the Parties JOINTLY STIPULATE AND AGREE as follows:

1. The Parties agree to the following adjustments and modifications to the Scheduling Order, subject to the Court's approval:

   a. The deadline for all Parties to complete document production is March 31, 2021;

   b. The fact discovery cut-off is extended from July 30, 2021 to August 30, 2021;

   c. The remaining scheduling deadlines shall remain the same.

2. The Parties respectfully request and jointly apply for an order, in the form filed concurrently herewith, modifying the Scheduling Order consistent with the foregoing.

**SO STIPULATED.**

Dated: January 29, 2021

| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br><br> /s/   Daniel L. Berger<br>Daniel L. Berger, *Pro Hac Vice*<br>Caitlin M. Moyna, *To be Admitted Pro Hac Vice*<br>485 Lexington Avenue<br>New York, NY 10017<br>Telephone: (646) 722-8500<br><br>Kyle J. McGee, *Pro Hac Vice*<br>Laina M. Herbert, *Pro Hac Vice*<br>123 Justison Street<br>Wilmington, DE 19801<br>Telephone: (302) 622-7000<br>Emails: dberger@gelaw.com<br>         cmoyna@gelaw.com<br>         kmcgee@gelaw.com<br>         lherbert@gelaw.com<br><br>**CUTTER LAW PC**<br>C. Brooks Cutter, SBN 121407<br>John R. Parker, Jr., SBN 257761<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Telephone: (916) 290-9400<br>Emails: bcutter@cutterlaw.com<br>         jparker@cutterlaw.com<br><br><br>**THOMAS & SOLOMON LLP**<br>J. Nelson Thomas, *Pro Hac Vice*<br>Jonathan W. Ferris, *Pro Hac Vice*<br>Michael J. Lingle, *Pro Hac Vice*<br>Annette M. Gifford, CA Bar 270777<br>693 East Avenue<br>Rochester, New York 14607<br>Telephone: (585) 272-0540<br>nthomas@theemploymentattorneys.com<br>jferris@theemploymentattorneys.com<br>mlingle@theemploymentattorneys.com<br>amgifford@gmail.com<br><br>*Attorneys for Relator Malou Tutanes-Luster* | **WEINER BRODSKY KIDER PC**<br><br> /s/   Timothy P. Ofak<br>Mitchel H. Kider, CA Bar No. 116479<br>Joel A. Schiffman, CA Bar No. 90138<br>Timothy P. Ofak, *Pro Hac Vice*<br>Lindsay L. Buchanan, *Pro Hac Vice*<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Telephone: (202) 628-2000<br>Email: kider@thewbkfirm.com<br>       schiffman@thewbkfirm.com<br>       ofak@thewbkfirm.com<br>       buchanan@thewbkfirm.com<br><br><br>**ABEL LAW OFFICES, PC**<br>Joshua H. Abel, CA Bar No. 244592<br>Evan M. Rothman, CA Bar No. 271313<br>2601 Main Street, Suite 1200<br>Irvine, CA 95403<br>Telephone: (949) 537-3490<br>Email: josh@abelattorneys.com<br>       evan@abelattorneys.com<br><br>*Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding* |

## **CERTIFICATE OF SERVICE**

I certify that, on this 29th day of January 2021, I caused a copy of the foregoing Joint Stipulation to be served on all parties and counsel of record via the Court's CM/ECF system.

/s/ Timothy P. Ofak