**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com
jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
Caitlin Moyna, *To be Admitted Pro Hac Vice*
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Emails: dberger@gelaw.com
cmoyna@gelaw.com

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: kmcgee@gelaw.com
lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
693 East Avenue
Rochester, New York 14607
Telephone.: (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

*Attorneys for Relator*

|   |   |
|---|---|
| **WEINER BRODSKY KIDER PC**<br>Mitchel H. Kider, CA Bar No. 116479<br>Joel A. Schiffman, CA Bar No. 90138<br>Timothy P. Ofak, *Pro Hac Vice*<br>Lindsay L. Buchanan, *Pro Hac Vice*<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Telephone: (202) 628-2000<br>Emails:  kider@thewbkfirm.com<br>             schiffman@thewbkfirm.com<br>             ofak@thewbkfirm.com<br>             buchanan@thewbkfirm.com | **ABEL LAW OFFICES, PC**<br>Joshua H. Abel, CA Bar No. 244592<br>Evan M. Rothman, CA Bar No. 271313<br>2601 Main Street, Suite 1200<br>Irvine, CA 95403<br>Telephone:  (949) 537-3490<br>Emails:  josh@abelattorneys.com<br>             evan@abelattorneys.com |

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>   Relator,<br><br>   v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>   Defendant. | Case No. 19-cv-01630-PSG-JPR<br><br>**JOINT REPORT REGARDING MEDIATION**<br><br>**Action filed:** August 2, 2017<br>**Trial date:** April 26, 2022<br><br>**Judge:** The Honorable Philip S. Gutierrez |

  Plaintiff-Relator Malou Tutanes-Luster ("Relator") and Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant," and collectively with Relator, the "Parties"), through their undersigned counsel, respectfully submit the following Joint Report regarding the progress of settlement discussions, as required by the Court's April 30, 2020 Order/Referral to ADR (Dkt. 121).

  On April 27, 2021, the Parties attended a mediation before the Honorable Victor Bianchini (Ret.). After several hours, the mediation was adjourned to allow the Parties to continue with discovery. The parties anticipate returning to mediation with Judge Bianchini.

Dated: May 4, 2021

| | |
|---|---|
| **GRANT & EISENHOFER P.A.**<br><br>/s/ *Laina M. Herbert*<br>Laina M. Herbert, *Pro Hac Vice*<br>Kyle J. McGee, *Pro Hac Vice*<br>123 Justison Street<br>Wilmington, DE 19801<br>Telephone: (302) 622-7000<br>Emails: lherbert@gelaw.com<br>         kmcgee@gelaw.com<br><br>**GRANT & EISENHOFER P.A.**<br>Daniel L. Berger, *Pro Hac Vice*<br>Caitlin Moyna, *To be Admitted Pro Hac Vice*<br>485 Lexington Avenue<br>New York, NY 10017<br>Telephone: (646) 722-8500<br>Emails: dberger@gelaw.com<br>         cmoyna@gelaw.com<br><br>**CUTTER LAW PC**<br>C. Brooks Cutter, SBN 121407<br>John R. Parker, Jr., SBN 257761<br>401 Watt Avenue<br>Sacramento, CA 95864<br>Telephone: (916) 290-9400<br>Emails: bcutter@cutterlaw.com<br>         jparker@cutterlaw.com<br><br>**THOMAS & SOLOMON LLP**<br>J. Nelson Thomas, *Pro Hac Vice*<br>Jonathan W. Ferris, *Pro Hac Vice*<br>Michael J. Lingle, *Pro Hac Vice*<br>Annette M. Gifford, CA Bar 270777<br>693 East Avenue<br>Rochester, New York 14607<br>Telephone: (585) 272-0540<br>nthomas@theemploymentattorneys.com<br>jferris@theemploymentattorneys.com<br>mlingle@theemploymentattorneys.com<br>amgifford@gmail.com<br><br>*Attorneys for Relator Malou Tutanes-Luster* | **WEINER BRODSKY KIDER PC**<br><br>/s/ *Mitchel H. Kider*<br>Mitchel H. Kider, CA Bar No. 116479<br>Joel A. Schiffman, CA Bar No. 90138<br>Timothy P. Ofak, *Pro Hac Vice*<br>Lindsay L. Buchanan, *Pro Hac Vice*<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Telephone: (202) 628-2000<br>Email: kider@thewbkfirm.com<br>       schiffman@thewbkfirm.com<br>       ofak@thewbkfirm.com<br>       buchanan@thewbkfirm.com<br><br><br>**ABEL LAW OFFICES, PC**<br>Joshua H. Abel, CA Bar No. 244592<br>Evan M. Rothman, CA Bar No. 271313<br>2601 Main Street, Suite 1200<br>Irvine, CA 95403<br>Telephone: (949) 537-3490<br>Email: josh@abelattorneys.com<br>       evan@abelattorneys.com<br><br>*Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding* |