**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
bcutter@cutterlaw.com
John R. Parker, Jr., SBN 257761
jparker@cutterlaw.com
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 66904488

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
dberger@gelaw.com
Caitlin Moyna, *To be Admitted Pro Hac Vice*
cmoyna@gelaw.com
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (636) 722-8501

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *Pro Hac Vice*
kmcgee@gelaw.com
Laina M. Herbert, *Pro Hac Vice*
lherbert@gelaw.com
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Facsimile: (302) 622-7100

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
nthomas@theemploymentattorneys.com
Jonathan W. Ferris, *Pro Hac Vice*
jferris@theemploymentattorneys.com
Michael J. Lingle, *Pro Hac Vice*
mlingle@theemploymentattorneys.com
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: (585) 272-0574

*Attorneys for Relator*

**WEINER BRODSKY KIDER PC**
Mitchel H. Kider, CA Bar No. 116479
kider@thewbkfirm.com
Joel A. Schiffman, CA Bar No. 90138
schiffman@thewbkfirm.com
Timothy P. Ofak, *Pro Hac Vice*
ofak@thewbkfirm.com
Jeffrey P. Blackwood, *Pro Hac Vice*
blackwood@thewbkfirm.com
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (202) 557-3527

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
josh@abelattorneys.com
Evan M. Rothman, CA Bar No. 271313
evan@abelattorneys.com
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone: (949) 537-3490
Facsimile: (949) 537-3491

*Attorneys for Defendant*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Relator,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 19-cv-01630-PSG-JPR<br><br>**JOINT STIPULATION TO STAY PROCEEDING AND DEADLINES**<br><br>[Proposed Order filed concurrently]<br><br>**Action filed:** August 2, 2017<br>**Trial date:** June 27, 2022<br>**Judge:** The Honorable Philip S. Gutierrez |

Plaintiff-Relator Malou Tutanes-Luster ("Relator") and Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant," and collectively with Relator, the "Parties"), through their undersigned counsel, respectfully submit the following Joint Stipulation to Stay Proceeding and Deadlines of the above-captioned proceeding (the "Action"), in light of the Parties' recent agreement in principle to resolve this Action.

WHEREAS, Relator filed this Action on August 2, 2017;

WHEREAS, on October 1, 2021, the Parties reached an agreement in principle to resolve this Action;

WHEREAS, Relator filed a Motion to Modify the Scheduling Order, Dkt. 152, which is currently set to be heard on October 29, 2021 at 1:30 p.m., with Defendant's opposition due on October 8, 2021 and Relator's reply due on October 15, 2021;

WHEREAS, Relator served a Rule 45 subpoena *ad testificandum* on a NAF executive on October 1, 2021, setting the deposition of said executive for October 29, 2021 at 9:00 a.m.;

WHEREAS, the Parties agree that the filing of this Stipulation reserves all objections without prejudice to Relator's Rule 45 subpoena served on October 1, 2021, and the aforementioned executive and NAF will have the opportunity to serve objections and/or file a motion to quash if resolution of this Action is not successful;

WHEREAS, staying this Action and related briefing deadlines, and preserving all Rule 45 objections, is in the interest of judicial economy and Party resources given the agreement in principle to resolve this Action;

WHEREAS, the Parties agree that no Party will be prejudiced by staying this Action;

WHEREAS, the Parties agree that the stay should remain in place only for the amount of time it takes to complete resolution. In the event this Action is not resolved and dismissed, the Parties will stipulate to an extension of time for all scheduling, briefing, and Rule 45 objections deadlines equaling the number of days from October 1, 2021, and the date one Party notifies the other that the resolution cannot be finalized.

NOW, THEREFORE, the Parties JOINTLY STIPULATE AND AGREE as follows:

1. The Parties have reached an agreement to resolve this Action;

2. The Parties respectfully request and jointly apply for an order, in the form filed concurrently herewith, staying this Action for all purposes to allow the Parties to finalize resolution;

**SO STIPULATED.**

Dated: October 5th, 2021

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **WEINER BRODSKY KIDER PC** |
| *Kyle J. McGee* | *Timothy P. Ofak* |
| Kyle J. McGee, *Pro Hac Vice* | Timothy P. Ofak, *Pro Hac Vice* |
| Laina M. Herbert, *Pro Hac Vice* | Mitchel H. Kider, CA Bar No. 116479 |
| 123 Justison Street | Joel A. Schiffman, CA Bar No. 90138 |
| Wilmington, DE 19801 | Jeffrey P. Blackwood, *Pro Hac Vice* |
| Telephone: (302) 622-7000 | 1300 19th Street, NW Fifth Floor |
| Emails: kmcgee@gelaw.com | Washington, DC 20036 |
| lherbert@gelaw.com | Telephone: (202) 628-2000 |
| | Facsimile: (202) 557-3527 |
| **GRANT &EISENHOFER P.A** | Email: kider@thewbkfirm.com |
| Daniel L. Berger, *Pro Hac Vice* | schiffman@thewbkfirm.com |
| Caitlin Moyna, *To be Admitted* | ofak@thewbkfirm.com |
| *Pro Hac Vice* | blackwood@thewbkfirm.com |
| 485 Lexington Avenue | |

New York, NY 10017
Telephone: (646) 722-85--
Emails: dberger@gelaw.com
  cmoyna@gelaw.com

**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

*Attorneys for Relator
Malou Tutanes-Luster*

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
Evan M. Rothman, CA Bar No. 271313
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone: (949) 537-3490
Facsimile: (949) 537-3491
Email: josh@abelattorneys.com
  evan@abelattorneys.com

*Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding*

# CERTIFICATE OF SERVICE

I certify that, on this 5th day of October 2021, I caused a copy of the foregoing **Joint Stipulation To Stay Proceeding and Deadlines** to be served on all parties and counsel of record via the Court's CM/ECF system.

    /s/ *Timothy P. Ofak*
Timothy P. Ofak

*Attorney for Defendant*