UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. | **CV 19-1630-PSG (JPRx)** |
| Date | **July 15, 2022** |
| Title | **UNITED STATES OF AMERICA ET AL V. BROKER SOLUTIONS, INC.** |

Present: The Honorable   PHILIP S. GUTIERREZ, UNITED STATES CHIEF DISTRICT JUDGE

| W. Hernandez (video) | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Laina Herbet (video) | Timothy Ofak (video) |
| Kyle McGee (video) | |

**Proceedings:** ZOOM STATUS CONFERENCE

The Court, having been updated on the status of the case, schedules another Status Conference/Progress Report Hearing for September 30, 2022, at 2pm, to be vacated upon the filing of a stipulated dismissal.

Time: 00:02