CUTTER LAW PC
C. Brooks Cutter (121407)
bcutter@cutterlaw.com
John R. Parker, Jr. (257761)
jparker@cutterlaw.com
401 West Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 669-4499

GRANT & EISENHOFER P.A.
Daniel L. Berger (pro hac vice)
dberger@gelaw.com
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Facsimile: 646-722-8501
GRANT & EISENHOFER P.A.
Kyle J. McGee (pro hac vice)
kmcgee@gelaw.com
Laina Herbert (pro hac vice)
lherbert@gelaw.com
123 Justison Street
Wilmington, Delaware 19801
Tel: 302-622-7000
Facsimile: 302-622-7100

THOMAS & SOLOMON LLP
J. Nelson Thomas (pro hac vice)
nthomas@theemploymentattorneys.com
Jonathan W. Ferris (pro hac vice)
jwferris@theemploymentattorneys.com
Michael J. Lingle (pro hac vice)
mlingle@theemploymentattorneys.com
693 East Avenue
Rochester, New York 14607
Tel: 585-272-0540
Facsimile: 585-272-0574

*Attorneys for Plaintiff-Relator*

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MALOU TUTANES-LUSTER,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 2:19-cv-01630-PSG-JPR<br><br>**JOINT STIPULATION OF DISMISSAL AND CONSENT OF THE UNITED STATES**<br><br>Hon. Phillip S. Gutierrez, Presiding Judge<br><br>Hon. Jean P. Rosenbluth, Magistrate Judge<br><br>First Am. Compl. Filed: April 15, 2019 |

1
**JOINT STIPULATION OF DISMISSAL AND CONSENT OF THE UNITED STATES**

# JOINT STIPULATION OF DISMISSAL

In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff-Relator Malou Tutanes-Luster, and Defendant Broker Solutions, Inc. d/b/a New American Funding, by and through their respective Counsel of Record, hereby dismiss this action with prejudice as to Plaintiff-Relator and Defendant. Counsel for Plaintiff-Relator has consulted with Counsel of Record for the United States, and Counsel of Record for the United States consents to dismissal of this action with prejudice.

**SO STIPULATED.**

Dated: September 27, 2022

**THE UNITED STATES OF AMERICA**

 */s/ Lisa A. Palombo*
Lisa A. Palombo
Assistant United States Attorney
Central District of California

Dated: September 27, 2022

**CUTTER LAW PC**

 */s/ John R. Parker, Jr.*
C. Brooks Cutter (121407)
bcutter@cutterlaw.com
John R. Parker, Jr. (257761)
jparker@cutterlaw.com
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 669-4499

**GRANT & EISENHOFER P.A.**
Daniel L. Berger (pro hac vice)
dberger@gelaw.com
485 Lexington Avenue
New York, NY 10017
Telephone: (646) 722-8500
Facsimile: (646)722-8501

**GRANT & EISENHOFER P.A.**
Kyle J. McGee (pro hac vice)
kmcgee@gelaw.com
Laina M. Herbert (pro hac vice)
lherbert@gelaw.com
123 Justison Street
Wilmington, DE 19801

Dated: September 27, 2022

**WEINER BRODSKY KIDER PC**

 */s/ Timothy P. Ofak*
Mitchel H. Kider, CA Bar No. 116479
kider@thewbkfirm.com
Joel A. Schiffman, CA Bar No. 90138
schiffman@thewbkfirm.com
Timothy P. Ofak, Pro Hac Vice
ofak@thewbkfirm.com
Jeffrey P. Blackwood, Pro Hac Vice
blackwood@thewbkfirm.com
1300 19th Street, NW Fifth Floor
Washington, DC 20036
Telephone: (202) 628-2000
Facsimile: (585) 272-0574

**ABEL LAW OFFICES, PC**
Joshua H. Abel, CA Bar No. 244592
josh@abelattorneys.com
Evan M. Rothman, CA Bar No. 271313
evan@abelattorneys.com
2601 Main Street, Suite 1200
Irvine, CA 95403
Telephone: (949) 537-3490
Facsimile: (949) 537-3497

*Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding*

2
**JOINT STIPULATION OF DISMISSAL AND CONSENT OF THE UNITED STATES**

Telephone: (302) 622-7000
Facsimile: (302) 622-7100

**THOMAS & SOLOMON LLP**
J. Nelson Thomas (pro hac vice)
nthomas@theemploymentattorneys.com
Jonathan W. Ferris (pro hac vice)
jferris@theemploymentattorneys.com
Michael J. Lingle (pro hac vice)
mlingle@theemploymentattorneys.com
693 East Avenue
Rochester, New York 14607
Telephone: (585) 272-0540
Facsimile: 585-272-0574

*Attorneys for Plaintiff-Relator*

## CONSENT OF THE UNITED STATES OF AMERICA

In the interests of justice, and pursuant to 31 U.S.C. § 3730(b)(1), the Attorney General of the United States of America ("United States"), through the undersigned attorney, hereby consents to the dismissal of this action with prejudice as to the United States.

Respectfully submitted,

TRACY L. WILKISON
United States Attorney
DAVID M. HARRIS, AUSA
Chief, Civil Division
ROSS M. CUFF, AUSA
Chief, Civil Fraud Section


DATE: September 27, 2022    */s/ Lisa A. Palombo*
LISA A. PALOMBO
Assistant United States Attorney
Attorneys for the United States of America

3
**JOINT STIPULATION OF DISMISSAL AND CONSENT OF THE UNITED STATES**