CUTTER LAW PC
C. Brooks Cutter (121407)
bcutter@cutterlaw.com
John R. Parker, Jr. (257761)
jparker@cutterlaw.com
401 West Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Facsimile: (916) 669-4499

GRANT & EISENHOFER P.A.
Daniel L. Berger (*pro hac vice*)
dberger@gelaw.com
485 Lexington Avenue
New York, NY 10017
Tel: (646) 722-8500
Facsimile: 646-722-8501

GRANT & EISENHOFER P.A.
Kyle J. McGee (pro hac vice)
kmcgee@gelaw.com
Laina Herbert (pro hac vice)
lherbert@gelaw.com
123 Justison Street
Wilmington, Delaware 19801
Tel: 302-622-7000
Facsimile: 302-622-7100

THOMAS & SOLOMON LLP
J. Nelson Thomas (*pro hac vice*)
nthomas@theemploymentattorneys.com
Jonathan W. Ferris (*pro hac vice*)
jwferris@theemploymentattorneys.com
Michael J. Lingle (*pro hac vice*)
mlingle@theemploymentattorneys.com
693 East Avenue
Rochester, New York 14607
Tel: 585-272-0540
Facsimile: 585-272-0574

*Attorneys for Plaintiff-Relator*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA *ex rel.* MALOU TUTANES-LUSTER,<br><br>Plaintiff,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 2:19-cv-01630-PSG-JPR<br><br>**[PROPOSED] ORDER OF DISMISSAL**<br><br>Hon. Phillip S. Gutierrez, Presiding Judge<br><br>Hon. Jean P. Rosenbluth, Magistrate Judge<br><br>First Am. Compl. Filed: April 15, 2019 |

# [PROPOSED] ORDER OF DISMISSAL

Plaintiff-Relator Malou Tutanes-Luster, and Defendant Broker Solutions, Inc. d/b/a New American Funding, by and through their respective counsel of record, having requested that this action be dismissed with prejudice as to Plaintiff-Relator and Defendant, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and the United States of America has consented to dismissal of this action with prejudice as to the United States;

IT IS HEREBY ORDERED, this 29th day of September, 2022, that the action is dismissed with prejudice, all parties to bear their own costs.

Dated: September 25, 2022

THE HONORABLE PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE