**CUTTER LAW PC**
C. Brooks Cutter, SBN 121407
John R. Parker, Jr., SBN 257761
401 Watt Avenue
Sacramento, CA 95864
Telephone: (916) 290-9400
Emails: bcutter@cutterlaw.com
jparker@cutterlaw.com

**GRANT & EISENHOFER P.A.**
Daniel L. Berger *Pro Hac Vice*
Caitlin Moyna, *To be Admitted Pro Hac Vice*
485 Lexington Avenue
New York, NY 10017
Telephone: (636) 722-8500
Emails: dberger@gelaw.com
cmoyna@gelaw.com

**GRANT & EISENHOFER P.A.**
Kyle J. McGee, *Pro Hac Vice*
Laina M. Herbert, *Pro Hac Vice*
123 Justison Street
Wilmington, DE 19801
Telephone: (302) 622-7000
Emails: kmcgee@gelaw.com
lherbert@gelaw.com

**THOMAS & SOLOMON LLP**
J. Nelson Thomas, *Pro Hac Vice*
Jonathan W. Ferris, *Pro Hac Vice*
Michael J. Lingle, *Pro Hac Vice*
693 East Avenue
Rochester, New York 14607
Telephone.: (585) 272-0540
Emails:
nthomas@theemploymentattorneys.com
jferris@theemploymentattorneys.com
mlingle@theemploymentattorneys.com

*Attorneys for Relator*

| | |
|---|---|
| **WEINER BRODSKY KIDER PC**<br>Mitchel H. Kider, CA Bar No. 116479<br>Joel A. Schiffman, CA Bar No. 90138<br>Timothy P. Ofak, *Pro Hac Vice*<br>Jeffrey P. Blackwood, *Pro Hac Vice*<br>Lindsay L. Buchanan, *Pro Hac Vice*<br>1300 19th Street, NW Fifth Floor<br>Washington, DC 20036<br>Telephone: (202) 628-2000<br>Emails: kider@thewbkfirm.com<br>schiffman@thewbkfirm.com<br>ofak@thewbkfirm.com<br>blackwood@thewbkfirm.com<br>buchanan@thewbkfirm.com<br><br>*Attorneys for Defendant* | **ABEL LAW OFFICES, PC**<br>Joshua H. Abel, CA Bar No. 244592<br>Evan M. Rothman, CA Bar No. 271313<br>2601 Main Street, Suite 1200<br>Irvine, CA 95403<br>Telephone: (949) 537-3490<br>Emails: josh@abelattorneys.com<br>evan@abelattorneys.com |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MALOU TUTANES-LUSTER,<br><br>Relator,<br><br>v.<br><br>BROKER SOLUTIONS, INC. d/b/a NEW AMERICAN FUNDING,<br><br>Defendant. | Case No. 19-cv-01630-PSG-JPR<br><br>**JOINT NOTICE PURSUANT TO MODIFIED STIPULATED PROTECTIVE ORDER** |

Plaintiff-Relator Malou Tutanes-Luster ("Relator") and Defendant Broker Solutions, Inc. d/b/a New American Funding ("Defendant," and collectively with Relator, the "Parties"), through their undersigned counsel, respectfully certify, in accordance with the operative Modified Stipulated Protective Order (Dkt. 114, 130, and 134), that they have irretrievably destroyed all documents produced as part of this litigation which contain DOJ's Confidential-AEO Information and VA's Confidential Information, and all copies and/or duplicates, as defined by Rule 1001(4) of the Federal Rules of Evidence, of any such documents or documents containing the DOJ's Confidential-AEO Information and VA's Confidential Information.

Dated: November 3, 2022

| | |
|---|---|
| **GRANT & EISENHOFER P.A.** | **WEINER BRODSKY KIDER PC** |
| /s/ *Laina M. Herbert* | /s/ *Timothy P. Ofak* |
| Daniel L. Berger, *Pro Hac Vice* | Mitchel H. Kider, CA Bar No. 116479 |
| Caitlin Moyna, *To be Admitted Pro Hac Vice* | Joel A. Schiffman, CA Bar No. 90138 |
| 485 Lexington Avenue | Timothy P. Ofak, *Pro Hac Vice* |
| New York, NY 10017 | Lindsay L. Buchanan, *Pro Hac Vice* |
| Telephone: (636) 722-85-- | 1300 19th Street, NW Fifth Floor |
| Emails: dberger@gelaw.com | Washington, DC 20036 |
| cmoyna@gelaw.com | Telephone: (202) 628-2000 |
| | Email: kider@thewbkfirm.com |
| **GRANT &EISENHOFER P.A.** | schiffman@thewbkfirm.com |
| Kyle J. McGee, *Pro Hac Vice* | ofak@thewbkfirm.com |
| Laina M. Herbert, *Pro Hac Vice* | buchanan@thewbkfirm.com |
| 123 Justison Street | |
| Wilmington, DE 19801 | |
| Telephone: (302) 622-7000 | |
| Emails: kmcgee@gelaw.com | |
| lherbert@gelaw.com | |
| | |
| **CUTTER LAW PC** | |
| C. Brooks Cutter, SBN 121407 | **ABEL LAW OFFICES, PC** |
| John R. Parker, Jr., SBN 257761 | Joshua H. Abel, CA Bar No. 244592 |
| 401 Watt Avenue | Evan M. Rothman, CA Bar No. 271313 |
| Sacramento, CA 95864 | 2601 Main Street, Suite 1200 |
| Telephone: (916) 290-9400 | Irvine, CA 95403 |
| Emails: bcutter@cutterlaw.com | Telephone: (949) 537-3490 |
| jparker@cutterlaw.com | Email: josh@abelattorneys.com |
| | evan@abelattorneys.com |
| | |
| | *Attorneys for Defendant Broker Solutions, Inc. d/b/a New American Funding* |
| **THOMAS & SOLOMON LLP** | |
| J. Nelson Thomas, *Pro Hac Vice* | |
| Jonathan W. Ferris, *Pro Hac Vice* | |
| Michael J. Lingle, *Pro Hac Vice* | |
| 693 East Avenue | |
| Rochester, New York 14607 | |
| Telephone: (585) 272-0540 | |
| nthomas@theemploymentattorneys.com | |
| jferris@theemploymentattorneys.com | |
| mlingle@theemploymentattorneys.com | |
| | |
| *Attorneys for Relator Malou Tutanes-Luster* | |

# CERTIFICATE OF SERVICE

I certify that, on this 3rd day of November 2022, I caused a copy of the foregoing **Joint Notice Pursuant to Modified Stipulated Protective Order** to be served on all parties and counsel of record via the Court's CM/ECF system.

>  */s/ Laina M. Herbert*
> Laina M. Herbert